# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Silencer Shop Foundation, et al.
Plaintiff

v.

Civil Action No.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.

Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Silencer Shop Foundation, Gun Owners of America, Inc., Firearms Regulatory Accountability Coalition, Palmetto State Armory, LLC, B&T USA, LLC, SilencerCo Weapons Research, LLC, Gun Owners Foundation

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

See Attachment.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiffs Silencer Shop Foundation, Gun Owners of America, Inc., Firearms Regulatory Accountability Coalition, Palmetto State Armory, LLC, B&T USA, LLC, SilencerCo Weapons Research, LLC, Gun Owners Foundation, and Brady Wetz.

| | |
|---|---|
| Date: | 07/04/2025 |
| Signature: | /s/ Stephen D. Stamboulieh |
| Print Name: | Stephen D. Stamboulieh |
| Bar Number: | 102784MS |
| Address: | P.O. Box 428 |
| City, State, Zip: | Olive Branch, MS 38654 |
| Telephone: | (601) 852-3440 |
| Fax: | N/A |
| E-Mail: | stephen@sdslaw.us |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.

**ATTACHMENT TO CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT**

| *Party* | *Parent corporation and any publicly held corporation that owns 10% or more of stock* |
|---|---|
| Silencer Shop Foundation | None |
| Gun Owners of America, Inc. ("GOA") | None |
| Firearms Regulatory Accountability Coalition ("FRAC") | None |
| Palmetto State Armory, LLC ("PSA") | Palmetto State Armory, LLC is wholly owned by JJ Capital, LLC, a holding company.  No publicly held company has any ownership interest in JJ Capital, LLC. |
| B&T USA, LLC ("B&T") | None |
| SilencerCo Weapons Research, LLC | None |
| Gun Owners Foundation | None |