AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:25-cv-00056-H

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) Bureau of Alcohol, Tobacco, Firearms and Explosives; United States Department of Justice; Pamela Bondi, U.S. Attorney General; and Daniel Driscoll, ATF Acting Director
was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other (*specify*) On July 10, 2025, I mailed the Summons, Complaint, Declaration of Brady Wetz, Declaration of Erich M. Pratt, and Civil Cover Sheet via certified mail to all Defendants as well as the civil process clerk at the Office of the U.S. Attorney for the Northern District of Texas.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 08/04/25

Server's signature

William Molster, Senior Paralegal, Wiley Rein LLP
Printed name and title
Wiley Rein LLP
2050 M Street NW
Washington, D.C. 20036
Server's address

[Notary seal: CATHERINE A. POWELL, NOTARY PUBLIC, MY COMMISSION EXPIRES 8/31/2028, DISTRICT OF COLUMBIA]

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70141820000138369944

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 5:41 am on July 17, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
July 17, 2025, 5:41 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Feedback

Remove ✕

**Tracking Number:**

## 70141820000138369036

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 5:41 am on July 17, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

　USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
July 17, 2025, 5:41 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Tracking Number:                                                                                          Remove ✕

**70141820000138369913**

Copy            Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 1:57 pm on July 15, 2025 in LUBBOCK, TX 79401.

**Get More Out of USPS Tracking:**

　USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
LUBBOCK, TX 79401
July 15, 2025, 1:57 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Remove ✕

**Tracking Number:**

# 70141820000138369937

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 1:57 pm on July 15, 2025 in LUBBOCK, TX 79401.

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

### Delivered
**Delivered, Left with Individual**
LUBBOCK, TX 79401
July 15, 2025, 1:57 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Remove ✕

**Tracking Number:**

# 70141820000138369029

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 5:41 am on July 17, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

**Delivered**

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530

July 17, 2025, 5:41 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Remove ✕

**Tracking Number:**

**70141820000138369920**

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 1:57 pm on July 15, 2025 in LUBBOCK, TX 79401.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Left with Individual**

LUBBOCK, TX 79401

July 15, 2025, 1:57 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Remove ✕

**Tracking Number:**

**70141820000138369012**

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 5:41 am on July 17, 2025 in WASHINGTON, DC 20530.

Case 6:25-cv-00056-H     Document 14     Filed 08/06/25     Page 6 of 16     PageID 135

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Delivered**
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
July 17, 2025, 5:41 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Remove ✕

**Tracking Number:**

**70211970000085482653**

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 5:37 am on July 17, 2025 in WASHINGTON, DC 20226.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Delivered**
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20226
July 17, 2025, 5:37 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Remove ✕

**Tracking Number:**

**70211970000085482622**

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 5:27 am on July 18, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
July 18, 2025, 5:27 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Remove ✕

**Tracking Number:**

# 70211970000085482646

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 5:29 am on July 18, 2025 in WASHINGTON, DC 20226.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20226
July 18, 2025, 5:29 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Remove ✕

**Tracking Number:**

# 70141820000138369906

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 1:57 pm on July 15, 2025 in LUBBOCK, TX 79401.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

LUBBOCK, TX 79401
July 15, 2025, 1:57 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ∨

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7021 1970 0000 8548 2622

Sent To: Pamela Bondi, Atty General of US DOJ
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4: Washington, DC 20530

Postmark: JUL 10 2025

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7014 1820 0001 3836 9036

Sent To: United States Department of Justice
Street & Apt. No., or PO Box No.: 950 Pennsylvania Ave., NW
City, State, ZIP+4: Washington, D.C. 20530

Postmark: JUL 10 2025

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7021 1970 0000 8548 2653

Sent To: Bureau of Alcohol, Tobacco Firearms
Street and Apt. No., or PO Box No.: 99 New York Ave NE
City, State, ZIP+4: Washington DC 20226

Postmark: JUL 10 2025

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7021 1970 0000 8548 2646

Sent To: Daniel Driscoll, Bureau of Alcohol —
Street and Apt. No., or PO Box No.: 99 New York Ave NE
City, State, ZIP+4: Washington DC. 20226

Postmark: JUL 10 2025



Four USPS Certified Mail Receipts, all addressed to:

Attorney General of the United States
950 Pennsylvania Ave., NW
Washington, D.C. 20530

Postmarked JUL 10 2025, 22nd Street, Washington, DC.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General of the United States
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530

   9590 9402 3585 7305 9815 96

2. Article Number (Transfer from service label)

   7014 1820 0001 3836 9012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Evie Sassok*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   JUL 17 2025   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

   INSPECTED 28

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General of the United States
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530

   9590 9402 3585 7305 9815 34

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Evie Sassok*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   JUL 17 2025   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

   INSPECTED 28

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

9590 9402 3585 7305 9814 80

2. Article Number *(Transfer from service label)*

7014 1820 0001 3836 9029

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  *Evie Sassak*
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*  JUL 17 2025   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

INSPECTED 28

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

9590 9402 3585 7305 9815 41

2. Article Number *(Transfer from service label)*

7014 1820 0001 3836 9944

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Evie Sasso*
☑ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
   JUL 17 2025

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

INSPECTED 25

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pamela Bondi
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

9590 9402 3585 7305 9815 58

7021 1970 0000 8548 2622

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Evie Sassak*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name) JUL 2 5 2025   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

INSPECTED 28

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☒ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Department
of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530

9590 9402 3585 7305 9816 02

2. Article Number (Transfer from service label)

7014 1830 0001 3836 9036

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Evie Sassak*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name) JUL 17 2025   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

INSPECTED 28

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the United States Attorney for the Northern District of Texas
205 Texas Avenue
700 U.S. Federal Building
Lubbock, TX 79401

9590 9402 3585 7305 9815 65

2. Article Number (Transfer from service label)

7014 1820 0001 3836 9920

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Annie Kuenstler
C. Date of Delivery: 7-15-25

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☒ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the United States Attorney for the Northern District of Texas
205 Texas Avenue
700 U.S. Federal Building
Lubbock, TX 79401

9590 9402 3585 7305 9815 89

2. Article Number (Transfer from service label)

7014 1820 0001 3836 9906

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Annie Kuenstler
C. Date of Delivery: 7-15-25

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the U.S. Attorney
for the Northern District of Texas
1205 Texas Ave
700 U.S. Federal Bldg
Lubbock, TX 79401

9590 9402 3585 7305 9814 97

2. Article Number (Transfer from service label)

7014 1820 0001 3836 9937

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Annie Kuenstler*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Annie Kuenstler
C. Date of Delivery: 7-15-25

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☒ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the United States Attorney for
the Northern District of Texas
1205 Texas Avenue
700 U.S. Federal Building
Lubbock, TX 79401

9590 9402 3585 7305 9815 72

2. Article Number (Transfer from service label)

7014 1820 0001 3836 9913

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Annie Kuenstler*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Annie Kuenstler
C. Date of Delivery: 7-5-25

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt