UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SILENCER SHOP FOUNDATION, et al.,

   Plaintiffs,

v.                                           No. 6:25-CV-056-H

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES, et al.,

   Defendants.

**ORDER GRANTING MOTION TO ENTER BRIEFING SCHEDULE
AND HOLD DEADLINE TO FILE RESPONSE TO COMPLAINT IN ABEYANCE**

Before the Court is the parties' joint motion to enter a briefing schedule and hold the defendants' deadline to file a response to the complaint in abeyance. Dkt. No. 36. The Court grants the motion.

The plaintiffs will file their motion for summary judgment on or before October 7, 2025. The defendants will file their combined opposition to plaintiffs' motion and cross-motion for summary judgment on or before November 6, 2025. The plaintiffs will file their combined reply in support of their motion and opposition to the defendants' motion on or before December 8, 2025. The defendants will file their reply in support of their motion on or before January 7, 2026. It is further ordered that the defendants' deadline to respond to the plaintiff's complaint is held in abeyance pending further order from this Court.

So ordered on September 5, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE