IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
San Angelo Division

| | |
|---|---|
| SILENCER SHOP FOUNDATION; GUN OWNERS OF AMERICA, INC; FIREARMS REGULATORY ACCOUNTABILITY COALITION, INC.; B&T USA, LLC; PALMETTO STATE ARMORY, LLC; SILENCERCO WEAPONS RESEARCH, LLC (d/b/a SILENCERCO); GUN OWNERS FOUNDATION; BRADY WETZ; STATE OF TEXAS; STATE OF ALASKA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF MONTANA; STATE OF NORTH DAKOTA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF UTAH; STATE OF WEST VIRGINIA; and STATE OF WYOMING, <br><br>   *Plaintiffs,*<br><br>      v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, in her Official Capacity as ATTORNEY GENERAL OF THE UNITED STATES; and DANIEL DRISCOLL, in his Official Capacity as ACTING DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>   *Defendants.* | Case No. 6:25-cv-56-H |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT**

     Plaintiffs Silencer Shop Foundation, Gun Owners of America, Inc. ("GOA"), Firearms

Regulatory Accountability Coalition, Inc. ("FRAC"), B&T USA, LLC, Palmetto State Armory,

LLC, SilencerCo Weapons Research, LLC ("SilencerCo"), Gun Owners Foundation ("GOF"),

1

Brady Wetz, State of Texas, State of Alaska, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Louisiana, State of Montana, State of North Dakota, State of Oklahoma, State of South Carolina, State of South Dakota, State of Utah, State of West Virginia, and State of Wyoming, by counsel, respectfully move for an Order granting their Motion for Summary Judgement on Counts I, II, and II of their Amended Complaint (ECF No. 15), pursuant to Rule 56 of Civil Procedure and Local Rule 56.3.

    This Motion is supported by Plaintiffs' Memorandum in Support of their Motion for Summary Judgement, which sets forth the argument and authorities on which Plaintiffs rely and contain the materials required by Local Rule 56.3.

Dated: October 7, 2025            Respectfully submitted,

| | |
|---|---|
| */s/ Stephen D. Stambouliéh* | */s/ Michael D. Faucette* |
| STEPHEN D. STAMBOULIEH | MICHAEL D. FAUCETTE |
| | Stephen J. Obermeier |
| **STAMBOULIEH LAW, PLLC** | Jeremy J. Broggi |
| NDTX#: 102784MS | Boyd Garriott |
| MS Bar No. 102784 | Isaac J. Wyant |
| P.O. Box 428 | |
| Olive Branch, MS 38654 | **WILEY REIN LLP** |
| (601) 852-3440 | 2050 M Street NW |
| stephen@sdslaw.us | Washington, D.C. 20036 |
| | Tel: (202) 719-7000 |
| *Attorney for Plaintiffs Gun Owners of America, Inc., Gun Owners Foundation, and Brady Wetz* | Fax: (202) 719-7049 |
| | mfaucette@wiley.law |
| | sobermeier@wiley.law |
| | jbroggi@wiley.law |
| | bgarriott@wiley.law |
| */s/ Brandon W. Barnett* | iwyant@wiley.law |
| BRANDON W. BARNETT | |
| Texas Bar. No. 24053088 | *Attorneys for Plaintiffs Silencer Shop Foundation, Firearms Regulatory Accountability Coalition, Palmetto State Armory, LLC, B&T USA, LLC, and SilencerCo Weapons Research, LLC* |
| **BARNETT HOWARD & WILLIAMS PLLC** | |
| 930 W. 1st St., Suite 202 | |
| Fort Worth, Texas 76102 | |
| Tel: (817) 993-9249 | |
| Fax: (817) 697-4388 | |
| barnett@bhwlawfirm.com | |
| | |
| *Attorney for Private Plaintiffs* | |

3

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN WALTERS
Deputy Attorney General for Legal Strategy

/s/ Munera Al-Fuhaid
MUNERA AL-FUHAID
Special Counsel, Special Litigation Division
Texas Bar No. 24094501

CHRISTINA CELLA
Special Counsel, Legal Strategy Division
Texas Bar No. 240106199

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 461-6494
Munera.al-fuhaid@oag.texas.gov
christina.cella@oag.texas.gov

*Counsel for Plaintiff State of Texas*

STEPHEN J. COX
Attorney General of Alaska

/s/ Aaron C. Peterson
AARON C. PETERSON
(Alaska Bar No. 1011087)
Senior Assistant Attorney General

Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: aaron.peterson@alaska.gov

CHRISTOPHER M. CARR
Attorney General of Georgia

/s/ Elijah J. O'Kelley
ELIJAH J. O'KELLEY
Deputy Solicitor General

OFFICE OF THE GEORGIA ATTORNEY GENERAL
40 Capitol Square, SW
Atlanta, Georgia 30334
(470) 816-1342
eokelley@law.ga.gov

*Counsel for Plaintiff State of Alaska*

RAÚL R. LABRADOR
Attorney General of Idaho

*/s/ Michael A. Zarian*
MICHAEL A. ZARIAN
Deputy Solicitor General
Texas Bar No. 24115978

OFFICE OF THE IDAHO ATTORNEY GENERAL
700 W Jefferson St #210
Boise, ID 83720
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
michael.zarian@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

KRIS W. KOBACH
Attorney General of Kansas

*/s/ James Rodriguez*
JAMES RODRIGUEZ
(KS Bar #29172)
Assistant Attorney General

OFFICE OF KANSAS ATTORNEY GENERAL
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612-1597
Tel. (785) 368-8197
Jay.Rodriguez@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

AUSTIN KNUDSEN
Attorney General of Montana

*/s/ Christian B. Corrigan*
CHRISTIAN B. CORRIGAN*
Solicitor General

*Counsel for Plaintiff State of Georgia*

THEODORE E. ROKITA
Attorney General of Indiana

*/s/ James A. Barta*
JAMES A. BARTA
Solicitor General

INDIANA ATTORNEY GENERAL'S OFFICE
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, IN 46204
(317) 232-0709
james.barta@atg.in.gov

*Counsel for Plaintiff State of Indiana*

LIZ MURRILL
Attorney General of Louisiana

*/s/ J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA*
Solicitor General

LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766
AguinagaB@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*
*\*motion for pro hac vice admission forthcoming*

DREW H. WRIGLEY
Attorney General of North Dakota

*/s/ Philip Axt*
PHILIP AXT
Solicitor General

5

MONTANA DEPARTMENT OF JUSTICE
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
Christian.Corrigan@mt.gov

*Counsel for Plaintiff State of Montana*
*\*motion for pro hac vice admission forthcoming*

GENTNER DRUMMOND
Attorney General of Oklahoma

/s/ *Garry M. Gaskins, II*
GARRY M. GASKINS, II
Solicitor General

OFFICE OF THE ATTORNEY GENERAL OF OKLAHOMA
313 NE Twenty-First St.
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

MARTY J. JACKLEY
Attorney General of South Dakota

/s/ *Amanda Miiller*
AMANDA MIILLER
(SD Bar No. 4271)
Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL OF SOUTH DAKOTA
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
amanda.miiller@state.sd.us

*Counsel for Plaintiff State of South Dakota*

OFFICE OF NORTH DAKOTA ATTORNEY GENERAL
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Phone: (701) 328-2210
Email: pjaxt@nd.gov

*Counsel for Plaintiff State of North Dakota*

ALAN WILSON
Attorney General of South Carolina

/s/ *Thomas T. Hydrick*
THOMAS T. HYDRICK
(SC. Bar No. 103198)
Solicitor General

OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA
PO Box 11549
Columbia, South Carolina 29211
(803) 734-4127
thomashydrick@scag.gov

*Counsel for Plaintiff State of South Carolina*

DEREK BROWN
Attorney General of Utah

/s/ *Andrew Dymek*
ANDREW DYMEK
Solicitor General

OFFICE OF THE UTAH ATTORNEY GENERAL
160 E. 300 S., 5th floor
Salt Lake City, Utah 84111

*Counsel for Plaintiff State of Utah*

6

| | |
|---|---|
| JOHN B. MCCUSKEY<br>Attorney General of West Virginia | KEITH G. KAUTZ<br>Attorney General of Wyoming |
| */s/ Michael R. Williams*<br>MICHAEL R. WILLIAMS<br>Solicitor General | */s/ Ryan Schelhaas*<br>RYAN SCHELHASS<br>Chief Deputy Attorney General |
| OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA<br>State Capitol Complex<br>Building 1, Room E-26<br>1900 Kanawha Blvd. E<br>Charleston, WV 25301<br>(304) 558-2021<br>michael.r.williams@wvag.gov | OFFICE OF THE ATTORNEY GENERAL OF WYOMING<br>109 State Capitol<br>Cheyenne, WY 82002<br>(307) 777-5786<br>ryan.schelhaas@wyo.gov |
| *Counsel for Plaintiff State of West Virginia* | *Counsel for Plaintiff State of Wyoming* |

**<u>CERTIFICATE OF SERVICE</u>**

      I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 7, 2025, and that all counsel of record were served by CM/ECF.

                                                                 /s/ *Stephen D. Stamboulieh*
                                                                  Stephen D. Stamboulieh