IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
San Angelo Division

| | |
|---|---|
| SILENCER SHOP FOUNDATION, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, ET AL.,<br><br>Defendants. | Case No. 6:25-cv-56-H |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT

This matter is before the Court on Plaintiffs' Motion for Summary Judgment on all Counts contained in their Amended Complaint (ECF No. 15). Having considered the motion, response, reply, and applicable law, the Court hereby **GRANTS** the Plaintiffs' motion as follows:

The Court **DECLARES UNLAWFUL**, as in excess of Congress's enumerated constitutional powers and in violation of the Second Amendment of the U.S. Constitution, application of the following statutory provisions and regulations ("the Challenged Provisions") as applied to (i) short-barreled shotguns, as defined in 26 U.S.C. § 5845(a)(1)–(2); (ii) short-barreled rifles, as defined in 26 U.S.C. § 5845(a)(3)–(4); (iii) "any other weapons," as defined in 26 U.S.C. § 5845(a)(5), (e); and (iv) silencers, as defined in 26 U.S.C. § 5845(a)(7) and 18 U.S.C. § 921(a)(25) (collectively "the Untaxed Firearms"):

- 26 U.S.C. § 5812.
- 26 U.S.C. § 5822.
- 26 U.S.C. § 5841(b), (c), (e).
- 26 U.S.C. § 5861(b)–(f).

-2-

- 27 C.F.R. § 479.62.

- 27 C.F.R. § 479.84.

The Court further **DECLARES UNLAWFUL**, as in excess of Congress's enumerated constitutional powers, application of the Challenged Provisions to intrastate activity involving the Untaxed Firearms.

The Court further **PERMANENTLY ENJOINS** Defendants from enforcing the Challenged Provisions as to any Untaxed Firearms.

The Court further **ORDERS** that the Clerk of the Court shall enter judgment for the Plaintiffs.

**SO ORDERED** on this _____ day of _____, _____.

                                                    JAMES WESLEY HENDRIX
                                                    UNITED STATES DISTRICT JUDGE