IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| SILENCER SHOP FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>*Defendants*. | No. 6:25-cv-56-H |

**DEFENDANTS' MOTION TO STAY PROCEEDINGS**

In light of the Department of Justice's lapse in appropriations, defendants respectfully request that the Court stay proceedings in this matter until the Department's appropriations are restored.

Plaintiffs commenced this action in July of this year to challenge the constitutionality of the National Firearms Act, *see* Compl., ECF No. 1, and amended their complaint a month later, *see* Compl., ECF No. 15. Before defendants were due to respond to plaintiffs' complaint, defendants proposed to plaintiffs a streamlined schedule for resolving this matter, with the parties moving straight to dispositive motions briefing. Plaintiffs agreed that approach would be the most efficient way forward, and so the parties proposed, and the Court adopted, a stipulated schedule for briefing cross-motions for summary judgment that would conclude in early January—a mere five months after plaintiffs filed their operative complaint. *See* ECF Nos. 36, 37.

At the end of the day on September 30, 2025, the appropriations act that had been funding the Department expired and the Department's appropriations lapsed. The Department does not know when Congress will restore its funding. Absent an appropriation, Department attorneys and employees

are prohibited from working, even on a voluntary basis, except in limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Defendants therefore request that the Court stay all proceedings, including defendants' November 6 deadline to oppose plaintiffs' motion for summary judgment and cross-move for summary judgment, until the Department's appropriations are restored. This case raises important and complex issues of constitutional law that require careful consideration and deliberation within the Department. But since October 1, undersigned counsel and agency counsel have been prohibited from working on a response to plaintiffs' lengthy motion for summary judgment and defendants' cross-motion for summary judgment. To ensure that defendants have the opportunity to submit a well-reasoned brief that will assist this Court in resolving plaintiffs' claims, and given that these circumstances are outside of defendants' and undersigned counsels' control, defendants respectfully submit that the stay they request is warranted.

Moreover, the requested stay will not unduly delay this case. As defendants have demonstrated, *see supra*, they are committed to a timely and efficient resolution of this matter. If the Court grants the requested stay, defendants propose that the parties submit a new stipulated briefing schedule no later than ten days after restoration of the Department's appropriations.

Defendants appreciate the Court's consideration. A proposed order is attached.[1]

Dated: October 24, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN

---

[1] Defendants conferred with plaintiffs, and plaintiffs oppose this motion.

2

Mont. Bar No. 55816869
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On October 24, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Trial Attorney
U.S. Department of Justice
