IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| SILENCER SHOP FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | No. 6:25-cv-56-H |

**PROPOSED ORDER**

Upon consideration of Defendants' Motion to Stay Proceedings, the Court hereby DENIES the motion. The Court's previously entered briefing schedule (ECF # 37) remains in effect.

**SO ORDERED**.

Dated: _____   _____
                                              JAMES WESLEY HENDRIX
                                              UNITED STATES DISTRICT JUDGE