UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SILENCER SHOP FOUNDATION, et al.,

    Plaintiffs,

v.                                                                              No. 6:25-CV-056-H

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

    Defendants.

## ORDER GRANTING PLAINTIFF STATE OF
## SOUTH DAKOTA'S MOTION TO WITHDRAW

Before the Court is the State of South Dakota's motion to withdraw Amanda Miiller as an attorney of record.  Dkt. No. 53.  The Court grants the motion.  The State of South Dakota will continue to be represented by Grant M. Flynn in this case.  Amanda Miiller is relieved of her obligations and duties to this Court as counsel for the State of South Dakota in this case.

So ordered on October 29, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE