UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| SILENCER SHOP FOUNDATION, et al._<br><br>    Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, et al.<br><br>    Defendants. | No. 6:25-CV-056-H |

### ORDER DENYING MOTION TO STAY IN PART

Before the Court is the defendants' opposed motion to stay proceedings. Dkt. No. 51. The motion states that, due to the ongoing government shutdown, the defendants' counsel are unable to work, "even on a voluntary basis," except in certain emergencies. *Id.* at 2. In their response to the motion, the plaintiffs cite a Department of Justice document issued on the eve of the shutdown that lists the conditions under which Department employees are permitted to work. *See* Dkt. No. 54 at 2. Among these are cases where "a court denies [the] request and orders [the] case to continue." *U.S. Department of Justice FY 2026 Contingency Plan* 3 (Sept. 29, 2025);[1] *see id.* at 6 ("If a court denies a [Civil Division] litigator's request to postpone a case and orders it to continue, the litigation will become an expected activity that can continue during the lapse.").

The Court denies the motion in part. Federal shutdowns typically do not prevent the Department of Justice's attorneys from working when a court denies the government's motion to stay. *See, e.g.*, *Kornitzky Grp., LLC v. Elwell*, 912 F.3d 637, 638–39 (D.C. Cir. 2019) (Srinivasan, J., concurring in the denial of the motion to stay) (collecting cases).

---

[1] https://www.justice.gov/jmd/media/1377216/dl.

That said, the Court is mindful of the need for detailed and careful briefing in this matter, which includes a Second Amendment claim. The principle of party presentation is critical, as it gives the Court a solid foundation upon which to rule and prevents reliance on weak or irrelevant evidence. *See Koons v. Att'y Gen. N.J.*, ___ F.4th ___, 2025 WL 2612055, at *75 (3d Cir. 2025) (Porter, J., concurring in the judgment in part and dissenting in part).

Accordingly, the Court will give the defendants an additional week to respond. The defendants must submit their combined response to the motion for summary judgment and cross-motion for summary judgment on or before November 13, 2025. All other deadlines remain in place.

So ordered on October 30, 2025.

                                                       _____
                                                       JAMES WESLEY HENDRIX
                                                       UNITED STATES DISTRICT JUDGE