UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| SILENCER SHOP FOUNDATION, et al. *Plaintiffs*, v. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al. *Defendants*. | Case No. 6:25-cv-00056-H |

**[PROPOSED] ORDER**

The Unopposed Motion for Leave to File an Amicus Brief by the City of Baltimore, Maryland; the City of Colombus, Ohio; and Harris, County, Texas is hereby GRANTED. The Clerk's Office is directed to file the proposed amicus brief on the docket for this matter.

SO ORDERED.

Dated: _____

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE