IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| SILENCER SHOP FOUNDATION, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.<br><br>*Defendants*. | **Case No.** 6:25-cv-00056-H |

**MOTION TO BE RELIEVED, IN PART, FROM LR 83.10**

Proposed Amici the City of Baltimore, Maryland; the City of Columbus, Ohio; and Harris County, Texas; respectfully move to be relieved, in part, from the requirement of Local Rule 83.10(a) to have local counsel "whose residence or principal office is located within 50 miles of the courthouse in the division in which the case is pending."

Proposed Amici are represented by undersigned counsel, Caitlyn Silhan, who maintains her principal office at 3141 Hood Street in Dallas, TX, within the Northern District of Texas and near the Dallas Division courthouse, approximately 250 miles from the San Angelo Division courthouse. Proposed Amici are also represented by additional counsel for whom *pro hac vice* applications are forthcoming and who reside beyond the 50-mile radius of the courthouse.

Accordingly, because Proposed Amici are represented by local counsel whose principal office is within this district, but outside of the 50-mile radius of the San Angelo Division courthouse, Proposed Amici respectfully request that the Court relieve them from the 50-mile requirement as provided by Local Rule 83.10(a).

December 2, 2025                                         Respectfully submitted,

                                                         /s/ Caitlyn Silhan

Simon C. Brewer*† (CT Bar No. 441889)                    Caitlyn Silhan (TX Bar No. 24072879)
Ryan Cooper† (TX Bar No. 24097531)                       WATERS KRAUS PAUL & SIEGEL
Joel McElvain† (DC Bar No. 448431)                       3141 Hood Street, Suite 700
DEMOCRACY FORWARD FOUNDATION                             Dallas, TX 75219
P.O. Box 34553                                           (214) 357-6244
Washington, D.C. 20043                                   (214) 357-7252 (fax)
(202) 448-9090                                           csilhan@waterskraus.com
(202) 796-4426 (fax)
sbrewer@democracyforward.org                             Samuel P. Siegel† (DC Bar No. 90035964)
rcooper@democracyforward.org                             Rupa Bhattacharyya† (DC Bar No. 1631262)
jmcelvain@democracyforward.org                           INSTITUTE FOR CONSTITUTIONAL ADVOCACY
                                                         AND PROTECTION
                                                         GEORGETOWN LAW
                                                         600 New Jersey Ave. NW
                                                         Washington, DC 20001
                                                         (202) 662-4048
                                                         (202) 661-6730 (fax)
                                                         ss5427@georgetown.edu
                                                         rupa.bhattacharyya@georgetown.edu

                                                         *Counsel for Proposed Amici City of Baltimore, MD;
                                                         City of Columbus, OH; and Harris County, TX*

† *Motion for admission pro hac vice forthcoming.*

\* *Not admitted in the District of Columbia; practicing under the supervision of Democracy Forward lawyers who are members of the D.C. Bar.*

2

## CERTIFICATE OF CONFERENCE

Counsel for Proposed Amici conferred with counsel for the parties by email on December 2, 2025. The Private Plaintiffs, Defendants, and the State of Texas confirmed they do not oppose the filing of the instant motion; the remaining parties have not stated their position as of the time of this filing.

/s/ Caitlyn Silhan
Caitlyn Silhan
*Counsel for Proposed Amici*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 2, 2025, I filed the foregoing document using the Court's CM/ECF system. Service on all counsel of record for all parties was accomplished using the Court's CM/ECF system.

                                        <u>/s/ Caitlyn Silhan</u>
                                        Caitlyn Silhan
                                        *Counsel for Proposed Amici*