UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Silencer Shop Foundation, et al. *Plaintiff* | § | |
| v. | § | Case No. 6:25-cv-00056-H |
| Bureau of ATF&E, et al. *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Samuel P. Siegel, with offices at

600 New Jersey Ave. NW
(Street Address)

Washington (City) D.C. (State) 20001 (Zip Code)

(202) 661-6548 (Telephone No.) (202) 661-6730 (Fax No.)

**II.** Applicant will sign all filings with the name Samuel P. Siegel.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

City of Baltimore, MD; City of Columbus, OH; Harris County, TX

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

For Court Use Only.
Bar Status Verified:

______________

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of District of Columbia, where Applicant regularly practices law.

Bar license number: 90035964 Admission date: July 11, 2025

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached for full list. | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
| --- | --- |
| N/A | |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Caitlyn Silhan, who has offices at

3141 Hood St. Suite 700
(Street Address)

Dallas (City) TX (State) 75219 (Zip Code)

(214) 357-6244 (Telephone No.)

N/A (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 3rd day of December, 2025.

Samuel P. Siegel
Printed Name of Applicant

[signature]
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

Samuel P. Siegel – Court Admissions

| **Court** | **Admission Date** | **Active or Inactive** |
|---|---|---|
| California State Bar | 12/2/2013 | Active |
| U.S. Court of Appeals for the Ninth Circuit | 10/13/2016 | Active |
| U.S. Supreme Court | 1/23/2017 | Active |
| U.S. Court of Appeals for the D.C. Circuit | 5/15/2017 | Active |
| U.S. Court of Appeals for the Fifth Circuit | 4/20/2018 | Active |
| U.S District Court for the District of Columbia | 7/7/2025 | Active |

*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Samuel Passchier Siegel*

*was duly qualified and admitted on July 11, 2025 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 01, 2025.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***