IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| SILENCER SHOP FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>*Defendants*. | No. 6:25-cv-56-H |

**MOTION OF BRADY CENTER TO PREVENT GUN VIOLENCE, EVERYTOWN FOR GUN SAFETY, AND GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS**

Pursuant to Local Civil Rule 7.2(b), Brady Center to Prevent Gun Violence, Everytown for Gun Safety (formally, Everytown for Gun Safety Action Fund), and Giffords Law Center to Prevent Gun Violence respectfully move this Court for leave to file the attached brief as amici curiae in support of Defendants and in Opposition to Plaintiffs' motion for summary judgment. For the reasons described below, the proposed brief contains relevant material that may aid the Court in resolving the issues raised by Plaintiffs' motion. Counsel for the parties have been consulted regarding this motion; Defendants' counsel and counsel for Plaintiffs Silencer Shop Foundation, Gun Owners of America, Inc., Firearms Regulatory Accountability Coalition, Inc., B&T USA, LLC, Palmetto State Armory, LLC, SilencerCo Weapons Research, LLC, Gun Owners Foundation, and Brady Wetz, have consented to the filing of the attached brief. Counsel

for the Plaintiff States have not provided consent. A copy of the proposed amicus brief is attached hereto as Exhibit A.

Amici are among the nation's foremost authorities on law and policy relating to the prevention and reduction of gun violence. Brady Center to Prevent Gun Violence ("Brady") is the nation's longest-standing non-partisan, non-profit organization dedicated to reducing gun violence through education, research, legal advocacy, and political action. Brady has filed numerous amicus briefs in cases involving the constitutionality of firearms regulations, and courts have cited Brady's research and expertise. Everytown for Gun Safety ("Everytown") is the largest gun violence prevention organization in country. Everytown has extensive experience litigating cases involving the interpretation of federal firearms laws and has submitted numerous amicus briefs in cases involving challenges to federal firearms laws and regulations. Giffords Law Center to Prevent Gun Violence ("Giffords Law Center") is a survivor-led non-profit policy organization serving lawmakers, advocates, legal professionals, gun violence survivors, and others who seek to reduce gun violence and improve the safety of their communities. Giffords Law Center has contributed technical expertise and informed analysis as an *amicus* in numerous cases involving firearm regulations and constitutional principles affecting gun policy.

This case involves challenges to the comprehensive regulatory framework developed by Congress to permit the lawful possession of silencers, short-barreled shotguns, and short-barreled rifles while imposing registration and related requirements to trace these weapons, deter their use in violent crimes, and prevent their diversion into the black market. Amici have extensive experience in studying how federal firearms regulations such as the one at issue in this case affect public safety. Amici are submitting this brief to give the Court the benefit of their

experience and expertise, and to provide information not brought to the Court's attention by the parties to this case.

## CONCLUSION

Amici curiae request that the Court grant amici curiae leave to file the attached brief in support of Defendants and in opposition to Plaintiffs' motion for summary judgment.

Dated: December 10, 2025

Respectfully submitted,

*/s/* Matthew G. Olsen

Matthew G. Olsen† (D.C. Bar No. 425240)
Joshua A. Geltzer† (D.C. Bar No. 1018768)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
Phone: (202) 663-6000
Fax: (202) 663-6363
matthew.olsen@wilmerhale.com
joshua.geltzer@wilmerhale.com

† *Motion for admission pro hac vice forthcoming.*

*/s/* Valerie A. Mosman\*

Valerie A. Mosman (TX Bar No. 00796127)
THE SLOAN FIRM
3500 Maple Ave Ste 1200
Dallas, TX 75219
Phone: (214) 550-3233
vmosman@sloanfirm.com

\**Signed with consent per LR 11.1(d).*

## CERTIFICATE OF SERVICE

I hereby certify that that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the court's CM/ECF system on December 10, 2025.

I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system.

Dated: December 10, 2025                    /s/ Valerie A. Mosman*

*Counsel for Proposed Amici*

*Signed with consent per LR 11.1(d).*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, counsel for Proposed Amici met and conferred with counsel for the parties. Defendants' counsel and counsel for Plaintiffs Silencer Shop Foundation, Gun Owners of America, Inc., Firearms Regulatory Accountability Coalition, Inc., B&T USA, LLC, Palmetto State Armory, LLC, SilencerCo Weapons Research, LLC, Gun Owners Foundation, and Brady Wetz, have consented to the filing of the attached brief. On December 10, 2025, Proposed Amici conferred with counsel for the Plaintiff States over email, and they objected to this filing based on timing.

Dated: December 10, 2025                    /s/ Valerie A. Mosman*

*Counsel for Proposed Amici*

*Signed with consent per LR 11.1(d).*