IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| SILENCER SHOP FOUNDATION, *et al*., <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al*., <br><br> *Defendants*. | No. 6:25-cv-56-H |

**[PROPOSED] ORDER**

Upon consideration of the motion of Brady Center to Prevent Gun Violence, Everytown for Gun Safety (formally, Everytown for Gun Safety Action Fund), and Giffords Law Center to Prevent Gun Violence for leave to file a proposed brief as *amici curiae*,

**IT IS HEREBY ORDERED** that the motion is granted and the amicus brief is accepted for filing.

_____
DATE

_____
JAMES WESLEY HENDRIX

UNITED STATES DISTRICT JUDGE