**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**SAN ANGELO DIVISION**

| | |
|---|---|
| SILENCER SHOP FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>*Defendants.* | No. 6:25-cv-56-H |

**MOTION FOR PARTIAL RELIEF FROM LR 83.10(a)**

Pursuant to Local Rule 83.10(a), Proposed Amici, Brady Center to Prevent Gun Violence, Everytown for Gun Safety (formally, Everytown for Gun Safety Action Fund), and Giffords Law Center to Prevent Gun Violence, respectfully move this Court to be relieved from the requirement of Local Rule 83.10(a) that they be represented by local counsel "whose residence or principal office is located within 50 miles of the courthouse in which the case is pending."

Proposed Amici are represented by undersigned counsel, Valerie A. Mosman, who is a member of the bar of this court and who maintains her principal office at 3500 Maple Ave Ste 1200, Dallas, TX, 75219, within the Northern District of Texas, near the Dallas Division courthouse and approximately 250 miles from the San Angelo Division courthouse. Proposed Amici are also represented by additional counsel for whom *pro hac vice* applications are

forthcoming and whose residence and principal office are beyond the 50-mile radius of the San Angelo Division courthouse.

Because Proposed Amici are represented by local counsel who is admitted to the bar of this court and whose principal office is within the Northern District of Texas but outside of the 50-mile radius of the San Angelo Division courthouse, they respectfully request that the Court relieve them of Local Rule 83.10(a)'s requirement that they be represented by local counsel "whose residence or principal office is located within 50 miles of the courthouse in which the case is pending."

Dated: December 10, 2025

Respectfully submitted,

/s/ Matthew G. Olsen

Matthew G. Olsen† (D.C. Bar No. 425240)
Joshua A. Geltzer† (D.C. Bar No. 1018768)
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
Phone: (202) 663-6000
Fax: (202) 663-6363
matthew.olsen@wilmerhale.com
joshua.geltzer@wilmerhale.com

† *Motion for admission pro hac vice forthcoming.*

/s/ Valerie A. Mosman*

Valerie A. Mosman (TX Bar No. 00796127)
THE SLOAN FIRM
3500 Maple Ave Ste 1200
Dallas, TX 75219
Phone: (214) 550-3233
vmosman@sloanfirm.com

**Signed with consent per LR 11.1(d).*

**CERTIFICATE OF SERVICE**

I hereby certify that that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the court's CM/ECF system on December 10, 2025.

I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system.

Dated: December 10, 2025

/s/ Valerie A. Mosman*

*Counsel for Proposed Amici*

**Signed with consent per LR 11.1(d).*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, counsel for Proposed Amici met and conferred with counsel for the parties. Defendants' counsel and counsel for Plaintiffs Silencer Shop Foundation, Gun Owners of America, Inc., Firearms Regulatory Accountability Coalition, Inc., B&T USA, LLC, Palmetto State Armory, LLC, SilencerCo Weapons Research, LLC, Gun Owners Foundation, and Brady Wetz, have consented to the filing of the attached brief. On December 10, 2025, counsel for Proposed Amici conferred with counsel for the Plaintiff States over email, and they objected to this filing based on timing.

Dated: December 10, 2025

/s/ Valerie A. Mosman*

*Counsel for Proposed Amici*

**Signed with consent per LR 11.1(d)*