**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**SAN ANGELO DIVISION**

| | |
|---|---|
| SILENCER SHOP FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>*Defendants*. | No. 6:25-cv-56-H |

**[PROPOSED] ORDER**

The Motion for Partial Relief from LR 8310(a) by [Proposed] Amici Brady Center to Prevent Gun Violence, Everytown for Gun Safety (formally, Everytown for Gun Safety Action Fund), and Giffords Law Center to Prevent Gun Violence, is hereby GRANTED. They are hereby relieved from the requirement to have local counsel "whose residence or principal office is located within 50 miles from the courthouse" in the San Angelo Division and may proceed with local counsel whose principal office is within this district, as provided by Local Rule 83.10(a).

SO ORDERED

Dated:

________________________________
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE