AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| Silencer Shop Foundation, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:25-cv-56-H |
| Bureau of ATFE, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Brady Center, Everytown for Gun Safety, and the Giffords Law Center.

Date:   12/10/2025

/s/ Valerie S. Mosman
*Attorney's signature*

Valerie A. Mosman (TX Bar No. 00796127)
*Printed name and bar number*

The Sloan Firm
3500 Maple Ave Ste #1200
Dallas, TX 75219-3937
(214) 550-3233
*Address*

vmosman@sloanfirm.com
*E-mail address*

(214) 550-3323
*Telephone number*

*FAX number*