STEPHEN J. COX
ATTORNEY GENERAL

Aaron C. Peterson (Alaska Bar No. 1011087)
Senior Assistant Attorney General
Department of Law
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Email: aaron.peterson@alaska.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION**

| | |
|---|---|
| SILENCER SHOP FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al., <br><br> Defendants. | Case No. 6:25-cv-00056-H |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

I, Aaron Peterson, move for leave to withdraw as counsel of record for Appellant State of Alaska, because I will soon be resigning from the Alaska Department of Law. The State of Alaska will continue to be represented by other counsel who will enter an appearance in this appeal. No party will be prejudiced by this withdrawal.

DATED December 15, 2025.

          STEPHEN J. COX
          ATTORNEY GENERAL

By:   */s/Aaron C. Peterson*
      Aaron C. Peterson
      Alaska Bar No. 1011087
      Senior Assistant Attorney General
      Department of Law
      1031 W. 4th Ave., Ste. 200
      Anchorage, AK 99501
      Email: aaron.peterson@alaska.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on December 15, 2025, a copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** was filed electronically using the Court's CM/ECF system, which will send notification of the filing to counsel of record who are registered users.

/s/Jenna Combs
Jenna Combs
Law Office Assistant I