UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SILENCER SHOP FOUNDATION, et al.

    Plaintiffs,

v.      No. 6:25-CV-056-H

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.

    Defendants.

### ORDER

Before the Court is the unopposed motion of the City of Baltimore, Maryland; the City of Columbus, Ohio; and Harris County, Texas for leave to file an amicus brief. Dkt. No. 62. For the reasons stated in the motion, the motion is granted. The Clerk of Court is directed to detach the amicus brief (Dkt. No. 62-1) from the motion and file it as a separate docket entry in the official record of this case.

So ordered on December 29, 2025.

                                                  _____
                                                  JAMES WESLEY HENDRIX
                                                  UNITED STATES DISTRICT JUDGE