**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION**

| | |
|---|---|
| SILENCER SHOP FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>*Defendants*. | No. 6:25-cv-56-H |

**DEFENDANTS' MOTION TO EXTEND BRIEFING DEADLINE**

Defendants respectfully request a one-week extension of their deadline to file their reply to plaintiffs' opposition to defendants' motion for summary judgment, which is currently January 7, 2026.

Plaintiffs commenced this action in July of this year to challenge the constitutionality of the National Firearms Act, *see* ECF No. 1, and amended their complaint a month later, *see* ECF No. 15. Before defendants were due to respond to plaintiffs' complaint, defendants proposed to plaintiffs a streamlined schedule for resolving this matter, with the parties moving straight to dispositive motions briefing. Plaintiffs agreed that approach would be the most efficient way forward, and so the parties proposed, and the Court adopted, a stipulated schedule for briefing cross-motions for summary judgment that would conclude in early January—a mere five months after plaintiffs filed their operative complaint. *See* ECF Nos. 36, 37. That briefing schedule was adjusted slightly in November to account for, *inter alia*, staffing unavailability resulting from the Department of Justice's lapse in appropriations. *See* ECF Nos. 57, 58

On December 15, 2025, plaintiffs filed a 50-page combined reply in support of their motion for summary judgment and opposition to defendants' motion for summary judgment. *See* ECF No. 75. Defendants' deadline to file a reply to that brief is currently January 7, 2026. *See* ECF Nos. 37, 58.

In light of the extended holidays and related absences of decisionmakers and attorneys (including undersigned counsel) in the Department of Justice, defendants request that the Court extend their deadline to file a reply by one week, until January 14, 2026. Both parties agree that this case raises important and complex issues of constitutional law that are matters of first impression. Defendants' response requires careful consideration and coordination across multiple offices within the Department of Justice, including review by senior officials. To ensure that defendants have the opportunity to submit a well-reasoned brief that will assist this Court in resolving plaintiffs' claims, defendants respectfully submit that a modest, one-week extension is warranted, especially considering that 10 of the 23 days that defendants have been allotted to draft their reply brief are either weekends or federal holidays.[1] Moreover, the requested extension will not unduly delay this case. As defendants have demonstrated, *see supra*, they are committed to a timely and efficient resolution of this matter.

Plaintiffs indicated to undersigned counsel that they oppose a one-week extension of defendants' deadline to file a reply brief because, according to their counsel, plaintiffs had agreed to a revised schedule in November that left defendants' reply deadline on January 7, 2026. But, as an initial matter, defendants never agreed not to seek an extension of that deadline; indeed, they expressly reserved the right to do so given anticipated holiday-related absences between December 15 and January 7. *See* ECF No. 57. More importantly, however, plaintiffs never explained why, in their view,

[1] When the parties submitted their proposed briefing schedule, and when defendants later proposed a revised schedule, December 24 and 26 were not yet federal holidays. *See* Executive Order, *Providing for the Closing of Executive Departments & Agencies of the Federal Government on December 24, 2025, and December 26, 2025*, https://www.whitehouse.gov/presidential-actions/2025/12/providing-for-the-closure-of-executive-departments-and-agencies-of-the-federal-government-on-december-24-2025-and-december-26-2025/.

resolution of the parties' briefing schedule is so exceedingly urgent that they cannot accommodate a one-week, holiday-related extension to a multi-month briefing schedule that began in October. This case will be ripe for decision upon submission of defendants' reply and defendants will be prepared to argue the matter at the Court's earliest convenience. The requested extension will neither prejudice plaintiffs nor unduly delay the Court's prompt resolution of this case.

Defendants appreciate the Court's consideration. A proposed order is attached.

Dated: December 30, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On December 30, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Trial Attorney
U.S. Department of Justice