**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**SAN ANGELO DIVISION**

SILENCER SHOP FOUNDATION, *et al.*,

*Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,

*Defendants*.

No. 6:25-cv-56-H

**PROPOSED ORDER**

Upon consideration of Defendants' Motion to Extend Briefing Deadline, the Court hereby GRANTS the motion. Defendants shall file their reply in support of their motion for summary judgment no later than January 14, 2026.

**SO ORDERED**.

Dated: ___________________________

_______________________________
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE