UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| SILENCER SHOP FOUNDATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, et al.,<br><br>    Defendants. | No. 6:25-CV-056-H |

### ORDER

Before the Court is the defendants' opposed motion to extend briefing deadlines. Dkt. No. 83. The Court, finding good cause for an extension of the deadlines, grants the motion. It is therefore ordered that the defendants shall file their reply to the plaintiffs' opposition to the defendants' motion for summary judgment on or before January 14, 2026.

So ordered on December 31, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE