UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SILENCER SHOP FOUNDATION, et al.

    Plaintiffs,

v.

                                         No. 6:25-CV-056-H

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.

    Defendants.

## ORDER

Before the Court is the motion of the Brady Center to Prevent Gun Violence, Everytown for Gun Safety, and Giffords Law Center to Prevent Gun Violence for leave to file an amicus brief. Dkt. No. 69. The state plaintiffs opposed the motion based on timing, *id.* at 4, but did not file a response in opposition to the motion. For the reasons stated in the amici's motion, the motion is granted. The Clerk of the Court is directed to detach the amicus brief (Dkt. No. 69-1) from the motion and file it as a separate docket entry in the official record of this case.

So ordered on January 21, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE