UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| SILENCER SHOP FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al., <br><br> Defendants. | No. 6:25-CV-056-H |

## ORDER

Before the Court is the plaintiffs' unopposed motion for leave to file a notice of supplemental authority. Dkt. No. 87. For the reasons stated in the motion, the motion is granted. The Clerk of Court is ordered to detach the notice (Dkt. No. 87-1) from the motion and file it as a separate docket entry with the supplemental authority (Dkt. No. 87-2) attached in the official record of this case.

So ordered on January 21, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE