UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SILENCER SHOP FOUNDATION, et al.,

    Plaintiffs,

v.

    No. 6:25-CV-056-H

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

    Defendants.

## ORDER

Before the Court is the motion of amici Brady Center to Prevent Gun Violence, Everytown for Gun Safety, and Giffords Law Center to Prevent Gun Violence to waive the local counsel requirements set forth in Local Civil Rule 83.10. Dkt. No. 72. The state plaintiffs opposed the motion based on timing, *id.* at 3, but did not file a response in opposition to the motion. For the reasons stated in the amici's motion, the motion (Dkt. No. 72) is granted.

So ordered on January 22, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE