**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**San Angelo Division**

SILENCER SHOP FOUNDATION, ET AL.,

    Plaintiffs,

      v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES, ET AL.,

    Defendants.

Case No.  6:25-cv-56-H

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE

This matter is before the Court on Plaintiffs' Motion to Strike Defendants' Reply Appendix filed in support of Defendants' Motion for Summary Judgment. Having considered the motion, briefing, and applicable law, the Court hereby **GRANTS** Plaintiffs' motion.

**IT IS THEREFORE ORDERED** that Defendants' Supplemental Appendix to its Motion for Summary Judgment (ECF No. 86) is hereby stricken from the summary judgment record.

**IT IS FURTHER ORDERED** that the Court will disregard any argument advanced in Defendants' reply to the extent it is predicated on the stricken material.

**SO ORDERED** on this _____ day of _____, _____.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

1