UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SILENCER SHOP FOUNDATION, et al.,

    Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

    Defendants.

No. 6:25-CV-056-H

### ORDER GRANTING THE STATE OF ALASKA'S MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Before the Court is the State of Alaska's motion to withdraw and substitute counsel. Dkt. No. 74. The Court grants the motion. Jenna M. Lorence is substituted as counsel for the State of Alaska. Aaron Peterson is relieved of his obligations and duties to this Court as counsel for the State of Alaska in this case.

So ordered on February 4, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE