**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**San Angelo Division**

SILENCER SHOP FOUNDATION; GUN OWNERS OF AMERICA, INC; FIREARMS REGULATORY ACCOUNTABILITY COALITION, INC.; B&T USA, LLC; PALMETTO STATE ARMORY, LLC; SILENCERCO WEAPONS RESEARCH, LLC (d/b/a SILENCERCO); GUN OWNERS FOUNDATION; BRADY WETZ; STATE OF TEXAS; STATE OF ALASKA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF MONTANA; STATE OF NORTH DAKOTA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF UTAH; STATE OF WEST VIRGINIA; and STATE OF WYOMING,

*Plaintiffs*,

v.

Case No. 6:25-cv-56-H

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, in her Official Capacity as ATTORNEY GENERAL OF THE UNITED STATES; and DANIEL DRISCOLL, in his Official Capacity as ACTING DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,

*Defendants*.

**PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to LR 56.7, Plaintiffs Silencer Shop Foundation, Gun Owners of America, Inc., Firearms Regulatory Accountability Coalition, Inc., B&T USA, LLC, Palmetto State Armory, LLC, SilencerCo Weapons Research, LLC, Gun Owners Foundation, Brady Wetz, State of Texas, State of Alaska, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Louisiana, State of Montana, State of North Dakota, State of Oklahoma, State of South Carolina, State of South Dakota, State of Utah, State of West Virginia, and State of Wyoming ("Plaintiffs") respectfully move for leave to file the attached proposed notice of supplemental authority, and state as follows:

On January 28, 2026, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") "disapproved" two Form 1 Applications to Make and Register NFA Firearms related to making a suppressor and a short-barreled rifle that had been submitted by a member of Plaintiff Gun Owners of America.  As Plaintiffs explain in the attached notice of supplemental authority, ATF's disapproval of these Form 1s demonstrates that the National Firearms Act is not a "shall-issue" scheme as Defendants argue.  And it shows that ATF determined that the exercise of Second Amendment rights an illegitimate reason to acquire a firearm  Accordingly, Plaintiffs seek leave to bring these recent developments, memorialized in government records, to this Court's attention, which are "pertinent and significant" to this Court's consideration of the parties' cross-motions for summary judgment.  *See, e.g.*, Fed. R. App. P. 28(j).

Finally, although LR 7.1(h) normally requires a motion for leave to file to be accompanied by a brief in support, Plaintiffs request to be relieved of this requirement due to the straightforward nature of the relief requested.  *See* ECF No. 10 (July 16, 2025) (this Court previously granting a straightforward motion for leave without briefing).

Dated: February 9, 2026 Respectfully submitted,

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh

**STAMBOULIEH LAW, PLLC**
NDTX#: 102784MS
MS Bar No. 102784
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us

*Attorney for Plaintiffs Gun Owners of America, Inc., Gun Owners Foundation and Brady Wetz*

/s/ Brandon W. Barnett
Brandon W. Barnett
Texas Bar. No. 24053088

**BARNETT HOWARD & WILLIAMS PLLC**
930 W. 1st St., Suite 202
Fort Worth, Texas 76102
Tel: (817) 993-9249
Fax: (817) 697-4388
barnett@bhwlawfirm.com

*Attorney for Private Plaintiffs*

/s/ Michael D. Faucette
Michael D. Faucette
Stephen J. Obermeier
Jeremy J. Broggi
Boyd Garriott
Isaac J. Wyant

**WILEY REIN LLP**
2050 M Street NW
Washington, D.C. 20036
Tel: (202) 719-7000
Fax: (202) 719-7049
mfaucette@wiley.law
sobermeier @wiley.law
jbroggi@wiley.law
bgarriott@wiley.law
iwyant@wiley.law

*Attorneys for Plaintiffs Silencer Shop Foundation, Firearms Regulatory Accountability Coalition, Palmetto State Armory, LLC, B&T USA, LLC, and SilencerCo Weapons Research, LLC*

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Ralph Molina
Deputy First Assistant Attorney General

Ryan Walters
Deputy Attorney General for Legal Strategy

/s/ Munera Al-Fuhaid
Munera Al-Fuhaid

| | |
|---|---|
| Special Counsel, Special Litigation Division<br>Texas Bar No. 24094501<br><br>Christina Cella<br>Special Counsel, Legal Strategy Division<br>Texas Bar No. 240106199<br><br>Office Of The Attorney General Of Texas<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 461-6494<br>Munera.al-fuhaid@oag.texas.gov<br>christina.cella@oag.texas.gov<br><br>*Counsel for Plaintiff State of Texas* | |
| Treg R. Taylor<br>Attorney General of Alaska<br><br>/s/ *Aaron C. Peterson*<br>Aaron C. Peterson*<br>(Alaska Bar No. 1011087)<br>Senior Assistant Attorney General<br><br>Department of Law<br>1031 West Fourth Avenue, Ste. 200<br>Anchorage, AK 99501<br>Telephone: (907) 269-5232<br>Facsimile: (907) 276-3697<br>Email: aaron.peterson@alaska.gov<br><br>*Counsel for Plaintiff State of Alaska*<br>**motion for pro hac vice admission forthcoming* | Christopher M. Carr<br>Attorney General of Georgia<br><br>*/s/ Elijah J. O'Kelley*<br>Elijah J. O'Kelley*<br>Deputy Solicitor General<br><br>Office Of The Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334<br>(470) 816-1342<br>eokelley@law.ga.gov<br><br>*Counsel for Plaintiff State of Georgia*<br>**motion for pro hac vice admission forthcoming* |
| Raúl R. Labrador<br>Attorney General of Idaho<br><br>*/s/ Michael A. Zarian*<br>Michael A. Zarian<br>Deputy Solicitor General<br>Texas Bar No. 24115978<br><br>Office Of The Idaho Attorney General<br>700 W Jefferson St #210<br>Boise, ID 83720<br>Telephone: (208) 334-2400 | Theodore E. Rokita<br>Attorney General of Indiana<br><br>*/s/ James A. Barta*<br>James A. Barta*<br>Solicitor General<br><br>Indiana Attorney General's Office<br>IGCS – 5th Floor<br>302 W. Washington St.<br>Indianapolis, IN 46204<br>(317) 232-0709 |

| | |
|---|---|
| Facsimile: (208) 854-8073<br>michael.zarian@ag.idaho.gov<br><br>*Counsel for Plaintiff State of Idaho* | james.barta@atg.in.gov<br><br>*Counsel for Plaintiff State of Indiana*<br>**motion for pro hac vice admission forthcoming* |
| Kris W. Kobach<br>Attorney General of Kansas<br><br>*/s/ James Rodriguez*<br>James Rodriguez<br>(KS Bar #29172)<br>Assistant Attorney General<br><br>Office Of Kansas Attorney General<br>120 SW 10th Ave., 2nd Floor<br>Topeka, KS 66612-1597<br>Tel. (785) 368-8197<br>Jay.Rodriguez@ag.ks.gov<br><br>*Counsel for Plaintiff State of Kansas* | Liz Murrill<br>Attorney General of Louisiana<br><br>/s/ *J. Benjamin Aguiñaga*<br>J. Benjamin Aguiñaga*<br>Solicitor General<br><br>Louisiana Department Of Justice<br>1885 N. Third Street<br>Baton Rouge, LA 70804<br>(225) 326-6766<br>AguinagaB@ag.louisiana.gov<br><br>*Counsel for Plaintiff State of Louisiana*<br>**motion for pro hac vice admission forthcoming* |
| Austin Knudsen<br>Attorney General of Montana<br><br>*/s/Christian B. Corrigan*<br>Christian B. Corrigan*<br>Solicitor General<br><br>Montana Department Of Justice<br>P.O. Box 201401<br>Helena, Montana 59620-1401<br>(406) 444-2026<br>Christian.Corrigan@mt.gov<br><br>*Counsel for Plaintiff State of Montana*<br>**motion for pro hac vice admission forthcoming* | Drew H. Wrigley<br>Attorney General of North Dakota<br><br>*/s/ Philip Axt*<br>Philip Axt<br>Solicitor General<br><br>Office Of North Dakota Attorney General<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505<br>Phone: (701) 328-2210<br>Email: pjaxt@nd.gov<br><br>*Counsel for Plaintiff State of North Dakota* |
| Gentner Drummond<br>Attorney General of Oklahoma<br><br>*/s/ Garry M. Gaskins, II*<br>Garry M. Gaskins, II*<br>Solicitor General<br><br>Office Of The Attorney General Of | Alan Wilson<br>Attorney General of South Carolina<br><br>/s/ *Benjamin M. McGrey*<br>Benjamin M. McGrey*<br>(Fed. Bar No. 14374)<br>Assistant Deputy Solicitor General |

| | |
|---|---|
| Oklahoma<br>313 NE Twenty-First St.<br>Oklahoma City, OK 73105<br>(405) 521-3921<br>garry.gaskins@oag.ok.gov<br><br>*Counsel for Plaintiff State of Oklahoma*<br>**motion for pro hac vice admission forthcoming* | Office Of The Attorney General Of South Carolina<br>PO Box 11549<br>Columbia, South Carolina 29201<br>(803) 734-3765<br>benmcgrey@scag.gov<br><br>*Counsel for Plaintiff State of South Carolina*<br>**motion for pro hac vice admission forthcoming* |
| Marty J. Jackley<br>Attorney General of South Dakota<br><br>*/s/ Amanda Miiller*<br>Amanda Miiller*<br>(SD Bar No. 4271)<br>Deputy Attorney General<br><br>Office Of The Attorney General Of South Dakota<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501<br>Telephone: (605) 773-3215<br>amanda.miiller@state.sd.us<br>*Counsel for Plaintiff State of South Dakota*<br>**motion for pro hac vice admission forthcoming* | Derek Brown<br>Attorney General of Utah<br><br>*/s/ Andrew Dymek*<br>Andrew Dymek*<br>Solicitor General<br><br>Office Of The Utah Attorney General<br>160 E. 300 S., 5th floor<br>Salt Lake City, Utah 84111<br><br>*Counsel for Plaintiff State of Utah*<br>**motion for pro hac vice admission forthcoming* |
| John B. McCuskey<br>Attorney General of West Virginia<br><br>*/s/ Michael R. Williams*<br>Michael R. Williams*<br>Solicitor General<br><br>Office Of The Attorney General Of West Virginia<br>State Capitol Complex<br>Building 1, Room E-26<br>1900 Kanawha Blvd. E<br>Charleston, WV 25301<br>(304) 558-2021<br>michael.r.williams@wvag.gov<br><br>*Counsel for Plaintiff State of West Virginia*<br>**motion for pro hac vice admission forthcoming* | Keith G. Kautz<br>Attorney General of Wyoming<br><br>/s/ Ryan Schelhaas_<br>Ryan Schelhaas*<br>Chief Deputy Attorney General<br><br>Office of the Attorney General of Wyoming<br>109 State Capitol<br>Cheyenne, WY 82002<br>(307) 777-5786<br>ryan.schelhaas@wyo.gov<br><br>*Counsel for the State of Wyoming*<br>**motion for pro hac vice admission forthcoming* |

## CERTIFICATE OF CONFERENCE

Pursuant to LR 7.1(b), I hereby certify that I, counsel for Plaintiffs, emailed counsel for Defendants on February 6, 2026 and February 9, 2026, seeking their position on the relief requested in this motion. Jody Lowenstein, counsel for Defendants, stated that they reserve their position and plan to file a response.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh

## CERTIFICATE OF SERVICE

I, Stephen D. Stamboulieh, hereby certify that, on February 9, 2026, I have caused the foregoing document to be filed with this Court's CM/ECF system, which caused a Notice of Electronic Filing and copy of this document to be delivered to all counsel of record.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh