# Stephen Stamboulieh



------- Forwarded Message -------  
From: IPB <IPB@atf.gov>  
Date: On Thursday, January 29th, 2026 at 9:50 AM  
Subject: RE: [EXTERNAL] disapproval assistance  
To:

Good morning,

Box 4i needs a clear, legal reason why you are manufacturing the weapon.

The silencer should not have been disapproved for the reason stated. You will need to resubmit the form and supporting documentation again as we are unable to open or amend a form once final determination is made on it.

Respectfully,

*Industry Processing Branch bg*

**From:**  
**Sent:** Thursday, January 29, 2026 9:32 AM

Exhibit 3

1

**To:** IPB <IPB@atf.gov>
**Subject:** [EXTERNAL] disapproval assistance

I have 3 eforms that were disapproved yesterday evening.

My name is ███████████ and I am the person who submitted the forms.

-----------------------------------------

The first control number is 2026571757

Said insufficient answer for 4i, state reason not actual state

Please provide me with a complete list of acceptable reasons to atf to make a firearm because my reason is obviously not what the examiner wanted to read.  *Further, I didn't list my state in that box.

If the examiner made an error in disapproving the form for that reason, please move it out of the disapproved list and back into the submitted pile.

---------------------------

Next control number is 2026334557

This also said insufficient answer for 4i, state reason not actual

Again, I provided the reason why I wanted to make it.  But was obviously not what the examiner accepted as the reason I wanted to make it.

So again, please provide me with a complete list of acceptable reasons the atf wants to hear that won't disapprove the forms outright and cost me more time and money mailing fingerprints and waste another month of my time because it's not on your approved list of reasons that I should be allowed to make something.

If the examiner made an error in disapproving the form for that reason, please allow me to make the necessary corrections or move it out of the disapproved slot and back into submitted/pending.

----------------------------

Next disapproved control number 202633612

Said disapproved for incomplete form. Verify serial # engraved on lower receiver and resubmit.

The item I was submitting was a form 1 SILENCER.

There is no lower receiver.

And there are no photographs of engravings because it's unlawful for me to make the silencer and have it engraved until AFTER the nfa branch approves the form.

I think the examiner errored in disapproving this form because I'm not making an sbr.

If I made an error on the form, please provide me with an accurate explanation of what I did wrong and how to correct it.

Regardless, I would like an explanation of what I need to do, what I did wrong so I don't make the same mistake again so I can correct the issue.

Thank you

▇▇▇▇▇▇▇