IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| SILENCER SHOP FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | No. 6:25-cv-56-H |

**PROPOSED ORDER**

Upon consideration of defendants' Motion for Leave to Submit Additional Evidence in Support of Their Motion for Summary Judgment, the Court hereby **GRANTS** the motion. Defendants' Supplemental Appendix in Support of Defendants' Motion for Summary Judgment, which contains the Second Declaration of Stephen Albro, is hereby accepted into the record.

**SO ORDERED**.

Dated: _____     _____
                                                                                    JAMES WESLEY HENDRIX
                                                                                    UNITED STATES DISTRICT JUDGE