**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION**

SILENCER SHOP FOUNDATION, *et al.*,

  *Plaintiffs*,

  v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, *et al.*,

  *Defendants*.

No. 6:25-cv-56-H

**DEFENDANTS' MOTION TO CORRECT DOCKETED FILING OR,
ALTERNATIVELY, TO SEAL**

On March 2, 2026, defendants filed their opposition to plaintiffs' motion for leave to file supplemental evidence, which attached a declaration that includes two redacted exhibits. *See* ECF Nos. 100, 100-1. The following day, plaintiffs informed defendants that one of those exhibits contains personally identifiable information that defendants inadvertently failed to redact. Undersigned counsel promptly contacted the Court's ECF Help Desk regarding the issue, and public access to the document was immediately restricted.

To correct this inadvertent error, defendants respectfully request that the Court either (i) replace the document docketed at ECF No. 100-1 with the properly redacted version attached to this motion, or (ii) permanently seal ECF No. 100-1 and permit defendants to separately file the properly redacted version on the docket.

Defendants appreciate the Court's consideration. A proposed order is attached.

Dated: March 3, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF CONFERENCE**

The parties conferred. Plaintiffs do not oppose the permanent sealing of ECF No. 100-1, but otherwise oppose the relief requested herein.

**CERTIFICATE OF SERVICE**

On March 3, 2026, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Trial Attorney
U.S. Department of Justice