# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION**

| | |
|---|---|
| SILENCER SHOP FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>*Defendants.* | No. 6:25-cv-56-H |

**<u>THIRD DECLARATION OF STEPHEN ALBRO</u>**

I, Stephen Albro, of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), declare that the following statements are true and correct to the best of my knowledge and belief, and that they are based on my personal knowledge as well as information provided to me in the ordinary course of my official duties. This declaration is made in response to the Plaintiffs' Motion for Leave to File Notice of Supplemental Authority.

1. I am employed by ATF in the National Firearms Act ("NFA") Division. I am the Chief of the Division. In this capacity, I am responsible for overseeing ATF's administration of the NFA and the regulations issued thereunder, including maintaining and amending the National Firearms Registration and Transfer Record ("NFRTR"), processing notices of NFA firearms manufactured or imported, and acting on all applications to make, export, transfer and register NFA firearms. In addition, I am responsible for planning and managing the full range of NFA Division operations and programs, which include workload and resource projections, staffing levels, budget allocations, and monitoring compliance with Division policies, procedures and guidelines in order to most effectively and efficiently achieve Division goals.

2.      The NFA Division is comprised of three branches: the Government Support Branch, Information Compliance Branch, and Industry Processing Branch.  The Industry Processing Branch serves the firearms industry and the public by processing NFA applications and maintaining the NFRTR.

3.      I have been employed by ATF since 1999 and have been the NFA Division Chief since 2024, in addition to having been the NFA Branch Chief (before it was designated a division) in 2009.  In between my supervisory roles in the NFA Division, I was the ATF Charlotte Field Division's Director of Industry Operations and the Deputy Chief and Chief of the Firearms and Explosives Services Division.

4.      On January 1, 2026, an individual submitted an ATF Form 1, "Application to Make and Register a Firearm," for approval to make a short-barreled shotgun.

5.      On January 3, 2026, that same individual submitted another ATF Form 1 for approval to make a silencer.

6.      On January 28, 2026, a specialist with the Industry Processing Branch erroneously disapproved both applications as "insufficient" due to the vagueness of the applicant's answer in Box 4i of the applications in response to the query "Specify why you intend to make [a] firearm." After further review it was determined that a vague response to Box 4i is not a valid reason for disapproving an ATF Form 1.

7.      On February 11, 2026, after ATF became aware of the erroneous disapproval regarding the ATF Form 1 silencer application upon further review, the Chief of the Industry Processing Branch reached out to the applicant via email and explained that the original application was "disapproved in error" and his resubmission of the application was processed with "an expedited approval" date of February 11, 2026.

8.      Very shortly thereafter, ATF discovered that the applicant's ATF Form 1 for the short-barreled shotgun had also been disapproved in error for the same reason. Accordingly, the applicant's resubmission of the application was similarly approved in an expedited manner with an approval date of February 11, 2026.

9.      Since that time, the applicant has had two additional ATF Forms 1 approved and twelve ATF Forms 4, "Application to Transfer and Register NFA Firearm," approved.

10.      To prevent this type of error from reoccurring in the future, ATF has prepopulated Box 4i in eForms (ATF's electronic forms platform) so that applicants will no longer need to submit a response.

Executed on this 27th day of February, 2026.

_____
Stephen Albro
Chief
National Firearms Act Division
Bureau of Alcohol, Tobacco, Firearms and
Explosives

3

# Exhibit 1-A

OMB No. 1140-0011 (xx/xx/xxxx)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms, and Explosives

# Application to Make and Register NFA Firearm

ATF Control Number    20261907547

SUBMIT to: National Firearms Act Division, Bureau of Alcohol, Tobacco, Firearms, and Explosives, P.O. Box 5015, Portland, OR 97208-5015

| 1. Application type *(Mark only one)* | 2. Applicant type: |
|---|---|

**1. Application type** *(Mark only one)*

☐ a. **Tax-paid.** Submit tax payment of $200 for each machinegun or destructive device. The making tax may be paid by credit or debit card, or through pay.gov. *(See instruction 2.c)*

☑ b. **Tax-paid.** Tax payment of $0 for other types of firearms does not require completion of item 19.

☐ c. **Tax-exempt.** Firearm is being made on behalf of the United States, or any department, independent establishment, or agency thereof.
or
**Tax-exempt.** Firearm is being made by or on behalf of any state or possession of the United States, or any political subdivision thereof, or any official police organization of such government entity engaged in criminal investigations.

☐ d. **Tax-exempt.** Firearm is not subject to the making tax pursuant to Title 26 U.S.C. 7801, 7805. To confirm the application qualifies for tax-free registration, ATF may require additional supporting documentation, such as photographs of the firearm to be registered.

**2. Applicant type:**
☑ Individual  ☐ Corporation  ☐ Trust  ☐ Other legal entity  ☐ Government entity

3a. Applicant's full legal name and full mailing address *(type or print below)* *(See instruction 2.d)*

▮▮▮ (redacted)

3b. If P.O. Box is shown above, street address must be listed here

3c. Trade name *(if any)*

3d. Telephone number ▮▮▮ (redacted)

3e. Email address ▮▮▮ (redacted)

As required by sections 5821(b), 5822, and 5841 of the National Firearms Act, 26 U.S.C. chapter 53, the undersigned hereby applies to make and register the firearm described below.

**4. Description of firearm** *(Complete items a through k) (See instruction 2.k) (Complete item 4.j for a destructive device)*

| a. Name and address of original manufacturer and/or importer of firearm *(if any)* | b. Type of firearm to be made *(See definition 1.c)* | c. Caliber or gauge *(specify one)* | d. Model *(as marked on firearm)* N/A | | |
|---|---|---|---|---|---|
| FORM 1 REGISTRATION, UNITED STATES | SILENCER | 223 | e. Barrel length | | f. Overall length 8 |
| | g. Serial number ▮▮▮ (redacted) | | | | |

h. Additional description *(Indicate required maker's markings to include maker's name as registered, city and state as each will appear on firearm)*
ALL PARTS MADE ON LATHE FROM METAL. NO KIT NAME. WILL BUY METAL EITHER LOCALLY OR ONLINE BASED ON CHEAPEST PRICE

i. Specify why you intend to make firearm *(Use additional sheet if necessary)*
ALL LAWFUL PURPOSES--PROTECT HEARING BETTER

j. Type of destructive device *(Check one box)*: ☐ Firearm  ☐ Explosives *(If the explosives box is marked, complete item 5 and see instruction 2.m)*

If an explosive-type destructive device, please provide additional description:

k. Is this firearm being reactivated? ☐ Yes  ☑ No *(See definition 1.k)*

| 5. Applicant's federal firearms license *(if any)* or explosives license/permit number *(List complete 15-digit number)* | 6. Applicant's special *(occupational)* tax status *(if any)* a. Employer Identification Number | b. Tax class |
|---|---|---|

Under penalties of perjury, I declare that I have examined this application, including accompanying documents, and to the best of my knowledge and belief it is true, accurate and complete and the making and possession of the firearm described above would not constitute a violation of 18 U.S.C. chapter 44; 26 U.S.C., chapter 53; or any provisions of state or local law.

| 7. Applicant's signature *(or authorized official)* DIGITALLY SIGNED | 8. Authorized official's name and title ▮▮▮ INDIVIDUAL | 9. Date 01/30/2026 |
|---|---|---|

The space below is for the use of the Bureau of Alcohol, Tobacco, Firearms, and Explosives

ATF has examined this application to make and register the firearm described above, and the application is:

| ☑ Approved *(with the following conditions, if any)* | ☐ Disapproved *(for the following reasons)* | Stamp denomination |
|---|---|---|

| Authorized ATF official's signature Authorized NFA Division official *(Digitally signed by Authorized NFA Division official, DN cn=Authorized NFA Division official, o=Bureau of ATF, ou=NFA Division... Adobe Acrobat version. 2021.008.20471)* | | Date 02/11/2026 |
|---|---|---|

Previous Editions Are Obsolete

Registrant Copy

ATF Form 5320.1 (Form 1)
Revised December 2025

**MAKER'S CERTIFICATION** *(not completed by a GOVERNMENT ENTITY)*

10. Law enforcement notification *(See instruction 2.h)* Each applicant is to provide notification of the proposed making and possession of the firearm described on this Form 1 by providing a copy of the completed form to the Chief Law Enforcement Officer (CLEO) in the agency identified below:

| Agency or department name | Official's name and title |
|---|---|
| ☐    ☐    '    ☐ | |

Address *(street address or P.O. Box, city, state, and zip code)* to which sent *(mailed or delivered)*

**Information for the Chief Law Enforcement Officer**

This form provides notification of the applicant's intent to make and register a NFA firearm. No action is required by the CLEO; however, should the CLEO have any information that may disqualify this person from making or possessing a firearm, contact the NFA Division at (304) 616-4500 or NFA@ATF.GOV.

Application certification questions *(Complete only when the applicant is an individual)*

| | | Yes | No |
|---|---|---|---|
| 11. | Answer questions 11.a. through 11.m. Answer questions 12 and 13 if applicable. For any "Yes" answer the applicant shall provide details on a separate sheet. *(See instruction 7.c and definitions 1.n – 1.t)* | | |
| a. | Do you intend to sell or otherwise dispose of any firearm listed on this form in furtherance of any felony or other offense punishable by imprisonment for a term of more than one year, a federal crime of terrorism, or a drug trafficking offense? | | ✓ |
| b. | Do you intend to make any firearm listed on this form for sale or other disposition to any person described in questions 11.c through 11.l, or a person described in question 11.m who does not fall under an exception? | | ✓ |
| c. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See definition 1.n)* | | ✓ |
| d. | Have you ever been convicted in any court for a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See definition 1.n)* | | ✓ |
| e. | Are you a fugitive from justice? *(See definition 1.t)* | | ✓ |
| f. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning: Using or possessing marijuana remains unlawful under federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside.** | | ✓ |
| g. | Have you ever been adjudicated as a mental defective OR have you ever been committed to a mental institution? *(See definitions 1.o and 1.p)* | | ✓ |
| h. | Have you been discharged from the Armed Forces under dishonorable conditions? | | ✓ |
| i. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See definition 1.q)* | | ✓ |
| j. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See definition 1.r)* | | ✓ |
| k. | Have you ever renounced your United States citizenship? | | ✓ |
| l. | Are you an alien illegally or unlawfully in the United States? | | ✓ |
| m.1 | Are you an alien who has been admitted to the United States under a nonimmigrant visa? | | ✓ |
| m.2 | If "Yes", do you fall within any of the exceptions stated in the instructions? Attach the documentation to the application.    ✓ N/A | | |

12. If you are an alien, record your U.S.-Issued Alien or Admission number *(AR#, USCIS#, or I94#)*

13. Have you been issued a Unique Personal Identification Number *(UPIN)*? *(See instruction 2.f)* ☐ Yes ✓ No If yes, please list:

| 14a. Social Security Number *(SSN)* *(See instruction 2.f)* ☐ ███████ | 14b. Date of birth ███████ | 14c. State of birth ███████ | 14d. Country of birth |
|---|---|---|---|

15. Race/ethnicity *(Select one or more as applicable)*
- ☐ American Indian or Alaska Native
- ☐ Asian
- ☐ Black or African American
- ☐ Hispanic or Latino
- ☐ Middle Eastern/North African
- ☐ Native Hawaiian or Other Pacific Islander
- ✓ White

16. Country of citizenship *(Mark or list more than one, if applicable. Nationals of the United States may mark United States of America.)*
- ✓ United States of America
- ☐ Other country/countries *(Specify)*: _____

**CERTIFICATION: Under penalties imposed by 18 U.S.C. 924 and 26 U.S.C. 5861, I certify that, upon submission of this form to ATF, a completed copy of this form will be directed to the CLEO shown in item 10, that the statements, as applicable, contained in this certification, and any attached documents in support thereof, are true and correct to the best of my knowledge and belief. NOTE: See instructions 2.d(4) through 2.d(7) for the items to be completed depending on the type of applicant.**

| ████████████ | ☐  ☐ ☐ |
|---|---|
| Applicant's signature | Date |

ATF Form 5320.1 (Form 1)
Revised December 2025

17. Number of responsible persons associated with the applicant trust or legal entity *(See definition 1.e)*: _____

18. Provide the full name *(printed or typed)* below for each responsible person associated with the applicant trust or legal entity. If there are more responsible persons than can be listed on the form, attach a separate sheet listing the additional responsible person(s). Please note that a completed Form 5320.23, NFA Responsible Person Questionnaire, must be submitted with the Form 1 application for each responsible person.

Full name _____

Full name _____

_____

_____

_____

_____

**Important Information for Currently Registered Firearms**

If you are the current registrant of the firearm described on this form, please note the following information.

**Estate procedures:** For procedures regarding the transfer of firearms in an estate resulting from the death of the registrant identified in item 3.a, the executor should contact the NFA Division for additional assistance, by mail at 244 Needy Road, Martinsburg, WV 25405 or by email at IPB@ATF.GOV.

**Change of address:** Unless currently licensed under the Gun Control Act, the registrant shall notify the NFA Division in writing of any change to the address in item 3.a.

**Change of description:** The registrant must notify the NFA Division in writing, of any change to the description of the firearm(s) in item 4.

**Interstate movement:** If the firearm identified in item 4 is a machine gun, short-barreled rifle, short-barreled shotgun, or destructive device, the registrant may be required by 18 U.S.C. 922(a)(4) to notify ATF prior to transporting it in interstate or foreign commerce. ATF Forms 5320.9 or 5320.20 can be used for this purpose.

**Restrictions on possession:** Any restriction *(see approval block on face of form)* on possessing the firearm identified in item 4 continues with the firearm's further transfer.

**Persons prohibited from possessing firearms:** If the registrant becomes prohibited from possessing a firearm, please contact the NFA Division for procedures on how to dispose of the firearm.

**Proof of registration:** A person possessing a registered NFA firearm must retain proof of registration and make it available to any ATF officer upon request.

ATF Form 5320.1 (Form 1)
Revised December 2025

OMB No. 1140-0011 (xx/xx/xxxx)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms, and Explosives

# Application to Make and Register NFA Firearm

**ATF Control Number**    20261901655

SUBMIT to: National Firearms Act Division, Bureau of Alcohol, Tobacco, Firearms, and Explosives, P.O. Box 5015, Portland, OR 97208-5015

**1. Application type** *(Mark only one)*

- a. Tax-paid. Submit tax payment of $200 for each machinegun or destructive device. The making tax may be paid by credit or debit card, or through pay.gov. *(See instruction 2.c)*

- ☑ b. Tax-paid. Tax payment of $0 for other types of firearms does not require completion of item 19.

- c. Tax-exempt. Firearm is being made on behalf of the United States, or any department, independent establishment, or agency thereof.
  or
  Tax-exempt. Firearm is being made by or on behalf of any state or possession of the United States, or any political subdivision thereof, or any official police organization of such government entity engaged in criminal investigations.

- d. Tax-exempt. Firearm is not subject to the making tax pursuant to Title 26 U.S.C. 7801, 7805. To confirm the application qualifies for tax-free registration, ATF may require additional supporting documentation, such as photographs of the firearm to be registered.

**2. Applicant type:**

☑ Individual    ☐ Corporation    ☐ Trust    ☐ Other legal entity    ☐ Government entity

**3a. Applicant's full legal name and full mailing address** *(type or print below) (See instruction 2.d)*

████████████

**3b. If P.O. Box is shown above, street address must be listed here**

**3c. Trade name** *(if any)*

**3d. Telephone number**
████████████

**3e. Email address**
████████████

As required by sections 5821(b), 5822, and 5841 of the National Firearms Act, 26 U.S.C. chapter 53, the undersigned hereby applies to make and register the firearm described below.

**4. Description of firearm** *(Complete items a through k) (See instruction 2.k) (Complete item 4.j for a destructive device)*

| a. Name and address of original manufacturer and/or importer of firearm *(if any)* | b. Type of firearm to be made *(See definition 1.c)* | c. Caliber or gauge *(specify one)* | d. Model *(as marked on firearm)* | | |
|---|---|---|---|---|---|
| WINCHESTER, UNITED STATES | SHORT BARRELED SHOTGUN | 12 | 1300 | | |
| | | | e. Barrel length 12.625 | f. Overall length 33.750 | |
| g. Serial number ████████ | | | | | |

| h. Additional description *(Indicate required maker's markings to include maker's name as and state as each will appear on firearm)* ████████ | i. Specify why you intend to make firearm *(Use additional sheet if necessary)* FOR ALL LAWFUL USES--PERSONAL AND HOME DEFENSE |
|---|---|

j. Type of destructive device *(Check one box)*: ☐ Firearm    ☐ Explosives *(If the explosives box is marked, complete item 5 and see instruction 2.m)*

If an explosive-type destructive device, please provide additional description:

k. Is this firearm being reactivated?    ☐ Yes    ☑ No    *(See definition 1.k)*

**5. Applicant's federal firearms license** *(if any)* or explosives license/permit number *(List complete 15-digit number)*

**6. Applicant's special** *(occupational)* tax status *(if any)*
a. Employer Identification Number
b. Tax class

Under penalties of perjury, I declare that I have examined this application, including accompanying documents, and to the best of my knowledge and belief it is true, accurate and complete and the making and possession of the firearm described above would not constitute a violation of 18 U.S.C. chapter 44, 26 U.S.C., chapter 53, or any provisions of state or local law.

| 7. Applicant's signature *(or authorized official)* DIGITALLY SIGNED | 8. Authorized official's name and title ████████ INDIVIDUAL | 9. Date 01/29/2026 |
|---|---|---|

The space below is for the use of the Bureau of Alcohol, Tobacco, Firearms, and Explosives

ATF has examined this application to make and register the firearm described above, and the application is:

| ☑ Approved *(with the following conditions, if any)* | ☐ Disapproved *(for the following reasons)* | Stamp denomination |
|---|---|---|

| Authorized ATF official's signature Authorized NFA Division official | *Digitally signed by Authorized NFA Division official DN cn=Authorized NFA Division official, o=Bureau of ATF, ou=NFA Division, Firearms... us... Adobe Acrobat version 2021.004.20435* | Date 02/11/2026 |
|---|---|---|

Previous Editions Are Obsolete

ATF Form 5320.1 (Form 1)
Revised December 2025

**MAKER'S CERTIFICATION** *(not completed by a GOVERNMENT ENTITY)*

10. Law enforcement notification *(See instruction 2.h)* Each applicant is to provide notification of the proposed making and possession of the firearm described on this Form 1 by providing a copy of the completed form to the Chief Law Enforcement Officer (CLEO) in the agency identified below:

▮▮▮▮▮▮▮                                      ▮▮▮▮▮▮▮

Agency or department name                    Official's name and title

▮▮▮▮▮▮▮

Address *(street address or P.O. Box, city, state, and zip code)* to which sent *(mailed or delivered)*

**Information for the Chief Law Enforcement Officer**

This form provides notification of the applicant's intent to make and register a NFA firearm. No action is required by the CLEO, however, should the CLEO have any information that may disqualify this person from making or possessing a firearm, contact the NFA Division at (304) 616-4500 or NFA@ATF.GOV.

Application certification questions *(Complete only when the applicant is an individual)*

| 11. Answer questions 11.a. through 11.m. Answer questions 12 and 13 if applicable. For any "Yes" answer the applicant shall provide details on a separate sheet. *(See instruction 7.c and definitions 1.n – 1.t)* | Yes | No |
|---|---|---|
| a. Do you intend to sell or otherwise dispose of any firearm listed on this form in furtherance of any felony or other offense punishable by imprisonment for a term of more than one year, a federal crime of terrorism, or a drug trafficking offense? | | ✓ |
| b. Do you intend to make any firearm listed on this form for sale or other disposition to any person described in questions 11.c through 11.l, or a person described in question 11.m who does not fall under an exception? | | ✓ |
| c. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See definition 1.n)* | | ✓ |
| d. Have you ever been convicted in any court for a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See definition 1.n)* | | ✓ |
| e. Are you a fugitive from justice? *(See definition 1.t)* | | ✓ |
| f. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? Warning: Using or possessing marijuana remains unlawful under federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | | ✓ |
| g. Have you ever been adjudicated as a mental defective OR have you ever been committed to a mental institution? *(See definitions 1.o and 1.p)* | | ✓ |
| h. Have you been discharged from the Armed Forces under dishonorable conditions? | | ✓ |
| i. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See definition 1.q)* | | ✓ |
| j. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See definition 1.r)* | | ✓ |
| k. Have you ever renounced your United States citizenship? | | ✓ |
| l. Are you an alien illegally or unlawfully in the United States? | | ✓ |
| m.1. Are you an alien who has been admitted to the United States under a nonimmigrant visa? | | ✓ |
| m.2. If "Yes", do you fall within any of the exceptions stated in the instructions? Attach the documentation to the application. | ✓ N/A | |

12. If you are an alien, record your U.S.-Issued Alien or Admission number *(AR#, USCIS#, or I94#)*

13. Have you been issued a Unique Personal Identification Number *(UPIN)? (See instruction 2.f)* ☐ Yes ✓ No  If yes, please list:

| 14a. Social Security Number (SSN) *(See instruction 2.f)* | 14b. Date of birth | 14c. State of birth | 14d. Country of birth UNITED STATES OF AMERICA, US |
|---|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | |

15. Race/ethnicity *(Select one or more as applicable)*
- ☐ American Indian or Alaska Native
- ☐ Asian
- ☐ Black or African American
- ☐ Hispanic or Latino
- ☐ Middle Eastern/North African
- ☐ Native Hawaiian or Other Pacific Islander
- ✓ White

16. Country of citizenship *(Mark or list more than one, if applicable. Nationals of the United States may mark United States of America.)*
- ✓ United States of America
- ☐ Other country/countries *(Specify)*: _____

CERTIFICATION: Under penalties imposed by 18 U.S.C. 924 and 26 U.S.C. 5861, I certify that, upon submission of this form to ATF, a completed copy of this form will be directed to the CLEO shown in item 10, that the statements, as applicable, contained in this certification, and any attached documents in support thereof, are true and correct to the best of my knowledge and belief. NOTE: See instructions 2.d(4) through 2.d(7) for the items to be completed depending on the type of applicant.

DIGITALLY SIGNED ▮▮▮▮ INDIVIDUAL                    01/29/2026

Applicant's signature                               Date

ATF Form 5320.1 (Form 1)
Revised December 2025

17. Number of responsible persons associated with the applicant trust or legal entity *(See definition 1.a)*: _____

18. Provide the full name *(printed or typed)* below for each responsible person associated with the applicant trust or legal entity. If there are more responsible persons than can be listed on the form, attach a separate sheet listing the additional responsible person(s). Please note that a completed Form 5320.23, NFA Responsible Person Questionnaire, must be submitted with the Form 1 application for each responsible person.

Full name _____

Full name _____

_____

_____

_____

_____

_____

_____

### Important Information for Currently Registered Firearms

If you are the current registrant of the firearm described on this form, please note the following information.

**Estate procedures:** For procedures regarding the transfer of firearms in an estate resulting from the death of the registrant identified in item 3.a, the executor should contact the NFA Division for additional assistance, by mail at 244 Needy Road, Martinsburg, WV 25405 or by email at IPB@ATF.GOV.

**Change of address:** Unless currently licensed under the Gun Control Act, the registrant shall notify the NFA Division in writing of any change to the address in item 3.a.

**Change of description:** The registrant must notify the NFA Division in writing, of any change to the description of the firearm(s) in item 4.

**Interstate movement:** If the firearm identified in item 4 is a machine gun, short-barreled rifle, short-barreled shotgun, or destructive device, the registrant may be required by 18 U.S.C. 922(a)(4) to notify ATF prior to transporting it in interstate or foreign commerce. ATF Forms 5320.9 or 5320.20 can be used for this purpose.

**Restrictions on possession:** Any restriction *(see approval block on face of form)* on possessing the firearm identified in item 4 continues with the firearm's further transfer.

**Persons prohibited from possessing firearms:** If the registrant becomes prohibited from possessing a firearm, please contact the NFA Division for procedures on how to dispose of the firearm.

**Proof of registration:** A person possessing a registered NFA firearm must retain proof of registration and make it available to any ATF officer upon request.

ATF Form 5320.1 (Form 1)
Revised December 2025

# Exhibit 1-B

**From:** ██████████
**To:**
**Subject:** FW: ████████-Form 1 Control Number 2026571757
**Date:** Monday, February 23, 2026 1:17:25 PM

████

As requested,.

See below.

████████

Branch Chief
Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
National Firearms Act Division – Industry Processing Branch
Office: ████████████████████████████

WARNING: This e-mail message and any attached files are intended solely for the use of the addressee(s) named above in connection with official business.  This communication may contain sensitive but unclassified information that may be statutorily or otherwise prohibited from being released without appropriate approval.  Any review, use, or dissemination of this e-mail message and any attached file(s) in any form outside of the Bureau of Alcohol, Tobacco, Firearms & Explosives or the Department of Justice without express authorization is strictly prohibited

**From:** ████████████████
**Sent:** Wednesday, February 11, 2026 10:12 AM
**To:** ████████████████████████
**Subject:** ████████-Form 1 Control Number 2026571757

Dear Mr. ████

This message pertains to your recent ATF Form 1 application to make and register an NFA weapon with serial number ████. As you are aware, that application was disapproved on January 28, 2026.

Upon further review, we have determined that your original application was disapproved in error. We also noticed that on January 30, 2026, you resubmitted a Form 1 application (control number 20261907547) to make and register an NFA weapon with the same serial number of ████. We have pulled that application and processed it with an expedited approval.

Please let me know if you have any questions.

████████

Branch Chief
Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
National Firearms Act Division – Industry Processing Branch
Office: ███████████████████████████

WARNING: This e-mail message and any attached files are intended solely for the use of the addressee(s) named above in connection with official business. This communication may contain sensitive but unclassified information that may be statutorily or otherwise prohibited from being released without appropriate approval. Any review, use, or dissemination of this e-mail message and any attached file(s) in any form outside of the Bureau of Alcohol, Tobacco, Firearms & Explosives or the Department of Justice without express authorization is strictly prohibited