**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION**

| | |
|---|---|
| SILENCER SHOP FOUNDATION, *et al.*, *Plaintiffs*, v. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, *Defendants*. | No. 6:25-cv-56-H |

**PROPOSED ORDER**

Upon consideration of Defendants' Motion to Correct Docketed Filing or, Alternatively, to Seal, the Court hereby **GRANTS** the motion. The Clerk is instructed to replace the document docketed at ECF No. 100-1 with the document attached to defendants' motion.

**SO ORDERED**.

Dated: _____                    _____

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE