**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
San Angelo Division**

<table>
<tr><td>

SILENCER SHOP FOUNDATION, et al.

*Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.

*Defendants*.

</td><td>

Case No. 6:25-cv-56-H

</td></tr>
</table>

## <u>MOTION TO WITHDRAW</u>

Pursuant to Local Civil Rules 83.12 and 7.1, Isaac J. Wyant respectfully moves to withdraw as an attorney of record for Plaintiffs Silencer Shop Foundation, Firearms Regulatory Accountability Coalition, Palmetto State Armory, LLC, B&T USA, LLC, and SilencerCo Weapons Research, LLC in this matter, as he is departing the law firm Wiley Rein LLP.  The above named Plaintiffs will continue to be represented by Wiley Rein LLP.

Dated: March 19, 2026

Respectfully submitted,

/s/ *Isaac J. Wyant*
Michael D. Faucette
Stehen J. Obermeier
Jeremy J. Broggi
Boyd Garriot
Isaac J. Wyant

**WILEY REIN LLP**
2050 M Street NW
Washington, D.C. 20036
Tel: (202) 719-7000
Fax: (202) 719-7049
mfaucette@wiley.law
sobermeier@wiley.law
jbroggi@wiley.law

1

bgarriott@wiley.law
iwyant@wiley.law

*Attorneys for Plaintiffs Silencer Shop*
*Foundation, Firearms Regulatory*
*Accountability Coalition, Palmetto State*
*Armory, LLC, B&T USA, LLC, and*
*SilencerCo Weapons Research, LLC*

2

## CERTIFICATE OF SERVICE

I, Isaac J. Wyant, hereby certify that, on March 19, 2026, I have caused the foregoing document to be filed with the Court's CM/ECF system, which caused a Notice of Electronic Filing and a copy of this document to be delivered to all counsel of record.

*/s/ Isaac J. Wyant*
Isaac J. Wyant
