FILED - USDC - NDTX - SA
APR 13 '26 AM 9:28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SILENCER SHOP FOUNDATION, et al.,

 Plaintiffs,

v.

               No. 6:25-CV-056-H

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

 Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

Before the Court is plaintiffs Silencer Shop Foundation, Firearms Regulatory Accountability Coalition, Palmetto State Armory, LLC, B&T USA, LLC, and SilencerCo Weapons Research, LLC's motion to withdraw counsel. Dkt. No. 103. The Court grants the motion. Isaac J. Wyant is relieved of his obligations and duties to this Court as counsel for the above-named plaintiffs in this case. The above-named plaintiffs continue to be represented by Michael D. Faucette, Stephen J. Obermeier, Jeremy J. Broggi, and Boyd Garriot in this case.

So ordered on April 13, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE