## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### San Angelo Division

SILENCER SHOP FOUNDATION; GUN
OWNERS OF AMERICA, INC; FIREARMS
REGULATORY ACCOUNTABILITY
COALITION, INC.; B&T USA, LLC;
PALMETTO STATE ARMORY, LLC;
SILENCERCO WEAPONS RESEARCH,
LLC (d/b/a SILENCERCO); GUN OWNERS
FOUNDATION; BRADY WETZ; STATE
OF TEXAS; STATE OF ALASKA; STATE
OF GEORGIA; STATE OF IDAHO; STATE
OF INDIANA; STATE OF KANSAS;
STATE OF LOUISIANA; STATE OF
MONTANA; STATE OF NORTH
DAKOTA; STATE OF OKLAHOMA;
STATE OF SOUTH CAROLINA; STATE
OF SOUTH DAKOTA; STATE OF UTAH;
STATE OF WEST VIRGINIA; and STATE
OF WYOMING,

      *Plaintiffs*,

      v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES; UNITED
STATES DEPARTMENT OF JUSTICE;
PAMELA BONDI, in her Official Capacity as
ATTORNEY GENERAL OF THE UNITED
STATES; and DANIEL DRISCOLL, in his
Official Capacity as ACTING DIRECTOR
OF THE BUREAU OF ALCOHOL,
TOBACCO, FIREARMS AND
EXPLOSIVES,

      *Defendants*.

Case No. 6:25-cv-56-H

## PLAINTIFFS' MOTION FOR LEAVE TO FILE
## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to LR 56.7, Plaintiffs Silencer Shop Foundation, Gun Owners of America, Inc., Firearms Regulatory Accountability Coalition, Inc., B&T USA, LLC, Palmetto State Armory, LLC, SilencerCo Weapons Research, LLC, Gun Owners Foundation, Brady Wetz, State of Texas, State of Alaska, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Louisiana, State of Montana, State of North Dakota, State of Oklahoma, State of South Carolina, State of South Dakota, State of Utah, State of West Virginia, and State of Wyoming ("Plaintiffs") respectfully move for leave to file the attached proposed notice of supplemental authority, and state as follows:

On April 10, 2026, the United States Court of Appeals for the Fifth Circuit issued its opinion in *McNutt v. DOJ*, No. 24-10760, 2026 LX 188079, 2026 WL 971617 (5th Cir. Apr. 10, 2026). In it, the Fifth Circuit affirmed a permanent injunction prohibiting enforcement of federal statutes that ban the in-home distilling of spirits. As Plaintiffs explain in the attached notice, the Fifth Circuit held that the ban violated the Constitution's Taxation and Necessary and Proper Clauses because it does not generate revenue and cannot be justified as a valid exercise in aid of the taxing power. Accordingly, Plaintiffs seek leave to bring this recent opinion to this Court's attention, which is "pertinent and significant" to this Court's consideration of the parties' cross-motions for summary judgment. *See, e.g.*, Fed. R. App. P. 28(j).

Finally, although LR 7.1(h) normally requires a motion for leave to file to be accompanied by a brief in support, Plaintiffs request to be relieved of this requirement due to the straightforward nature of the relief requested. *See* ECF No. 10 (July 16, 2025) (this Court previously granting a straightforward motion for leave without briefing).

Dated: April 22, 2026                            Respectfully submitted,

| */s/ Stephen D. Stamboulieh* | */s/ Michael D. Faucette* |
|---|---|
| Stephen D. Stamboulieh | Michael D. Faucette |

**STAMBOULIEH LAW, PLLC**
NDTX#: 102784MS
MS Bar No. 102784
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us

*Attorney for Plaintiffs Gun Owners of*
*America, Inc., Gun Owners Foundation*
*and Brady Wetz*


/s/ *Brandon W. Barnett*
Brandon W. Barnett
Texas Bar. No. 24053088

**BARNETT HOWARD & WILLIAMS PLLC**
930 W. 1st St., Suite 202
Fort Worth, Texas 76102
Tel: (817) 993-9249
Fax: (817) 697-4388
barnett@bhwlawfirm.com

*Attorney for Private Plaintiffs*

Stephen J. Obermeier
Jeremy J. Broggi
Boyd Garriott

**WILEY REIN LLP**
2050 M Street NW
Washington, D.C. 20036
Tel: (202) 719-7000
Fax: (202) 719-7049
mfaucette@wiley.law
sobermeier @wiley.law
jbroggi@wiley.law
bgarriott@wiley.law

*Attorneys for Plaintiffs Silencer Shop*
*Foundation, Firearms Regulatory Accountability*
*Coalition, Palmetto State Armory, LLC, B&T*
*USA, LLC, and SilencerCo Weapons Research,*
*LLC*

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Ralph Molina
Deputy First Assistant Attorney General

Ryan Walters
Deputy Attorney General for Legal Strategy

/s/ *Munera Al-Fuhaid*
Munera Al-Fuhaid
Special Counsel, Special Litigation Division
Texas Bar No. 24094501

Christina Cella

| | |
|---|---|
| Special Counsel, Legal Strategy Division<br>Texas Bar No. 240106199<br><br>Office Of The Attorney General Of Texas<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 461-6494<br>Munera.al-fuhaid@oag.texas.gov<br>christina.cella@oag.texas.gov<br><br>*Counsel for Plaintiff State of Texas* | |
| Treg R. Taylor<br>Attorney General of Alaska<br><br>/s/ *Aaron C. Peterson*<br>Aaron C. Peterson*<br>(Alaska Bar No. 1011087)<br>Senior Assistant Attorney General<br><br>Department of Law<br>1031 West Fourth Avenue, Ste. 200<br>Anchorage, AK 99501<br>Telephone: (907) 269-5232<br>Facsimile: (907) 276-3697<br>Email: aaron.peterson@alaska.gov<br><br>*Counsel for Plaintiff State of Alaska*<br>*motion for pro hac vice admission forthcoming* | Christopher M. Carr<br>Attorney General of Georgia<br><br>/s/ *Elijah J. O'Kelley*<br>Elijah J. O'Kelley*<br>Deputy Solicitor General<br><br>Office Of The Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334<br>(470) 816-1342<br>eokelley@law.ga.gov<br><br>*Counsel for Plaintiff State of Georgia*<br>*motion for pro hac vice admission forthcoming* |
| Raúl R. Labrador<br>Attorney General of Idaho<br><br>/s/ *Michael A. Zarian*<br>Michael A. Zarian<br>Deputy Solicitor General<br>Texas Bar No. 24115978<br><br>Office Of The Idaho Attorney General<br>700 W Jefferson St #210<br>Boise, ID 83720<br>Telephone: (208) 334-2400<br>Facsimile: (208) 854-8073<br>michael.zarian@ag.idaho.gov<br><br>*Counsel for Plaintiff State of Idaho* | Theodore E. Rokita<br>Attorney General of Indiana<br><br>/s/ *James A. Barta*<br>James A. Barta*<br>Solicitor General<br><br>Indiana Attorney General's Office<br>IGCS – 5th Floor<br>302 W. Washington St.<br>Indianapolis, IN 46204<br>(317) 232-0709<br>james.barta@atg.in.gov<br><br>*Counsel for Plaintiff State of Indiana*<br>*motion for pro hac vice admission forthcoming* |

4

| | |
|---|---|
| Kris W. Kobach<br>Attorney General of Kansas<br><br>*/s/ James Rodriguez*<br>James Rodriguez<br>(KS Bar #29172)<br>Assistant Attorney General<br><br>Office Of Kansas Attorney General<br>120 SW 10th Ave., 2nd Floor<br>Topeka, KS 66612-1597<br>Tel. (785) 368-8197<br>Jay.Rodriguez@ag.ks.gov<br><br>*Counsel for Plaintiff State of Kansas* | Liz Murrill<br>Attorney General of Louisiana<br><br>*/s/ J. Benjamin Aguiñaga*<br>J. Benjamin Aguiñaga*<br>Solicitor General<br><br>Louisiana Department Of Justice<br>1885 N. Third Street<br>Baton Rouge, LA 70804<br>(225) 326-6766<br>AguinagaB@ag.louisiana.gov<br><br>*Counsel for Plaintiff State of Louisiana*<br>*\*motion for pro hac vice admission forthcoming* |
| Austin Knudsen<br>Attorney General of Montana<br><br>*/s/Christian B. Corrigan*<br>Christian B. Corrigan*<br>Solicitor General<br><br>Montana Department Of Justice<br>P.O. Box 201401<br>Helena, Montana 59620-1401<br>(406) 444-2026<br>Christian.Corrigan@mt.gov<br><br>*Counsel for Plaintiff State of Montana*<br>*\*motion for pro hac vice admission*<br>*forthcoming* | Drew H. Wrigley<br>Attorney General of North Dakota<br><br>*/s/ Philip Axt*<br>Philip Axt<br>Solicitor General<br><br>Office Of North Dakota Attorney General<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505<br>Phone: (701) 328-2210<br>Email: pjaxt@nd.gov<br><br>*Counsel for Plaintiff State of North Dakota* |
| Gentner Drummond<br>Attorney General of Oklahoma<br><br>*/s/ Garry M. Gaskins, II*<br>Garry M. Gaskins, II*<br>Solicitor General<br><br>Office Of The Attorney General Of<br>Oklahoma<br>313 NE Twenty-First St.<br>Oklahoma City, OK 73105<br>(405) 521-3921 | Alan Wilson<br>Attorney General of South Carolina<br><br>*/s/ Benjamin M. McGrey*<br>Benjamin M. McGrey*<br>(Fed. Bar No. 14374)<br>Assistant Deputy Solicitor General<br><br>Office Of The Attorney General Of South<br>Carolina<br>PO Box 11549<br>Columbia, South Carolina 29201 |

5

| | |
|---|---|
| garry.gaskins@oag.ok.gov<br><br>*Counsel for Plaintiff State of Oklahoma*<br>**motion for pro hac vice admission forthcoming* | (803) 734-3765<br>benmcgrey@scag.gov<br><br>*Counsel for Plaintiff State of South Carolina*<br>**motion for pro hac vice admission forthcoming* |
| Marty J. Jackley<br>Attorney General of South Dakota<br><br>*/s/ Amanda Miiller*<br>Amanda Miiller*<br>(SD Bar No. 4271)<br>Deputy Attorney General<br><br>Office Of The Attorney General Of South Dakota<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501<br>Telephone: (605) 773-3215<br>amanda.miiller@state.sd.us<br>*Counsel for Plaintiff State of South Dakota*<br>**motion for pro hac vice admission forthcoming* | Derek Brown<br>Attorney General of Utah<br><br>*/s/ Andrew Dymek*<br>Andrew Dymek*<br>Solicitor General<br><br>Office Of The Utah Attorney General<br>160 E. 300 S., 5th floor<br>Salt Lake City, Utah 84111<br><br>*Counsel for Plaintiff State of Utah*<br>**motion for pro hac vice admission forthcoming* |
| John B. McCuskey<br>Attorney General of West Virginia<br><br>*/s/ Michael R. Williams*<br>Michael R. Williams*<br>Solicitor General<br><br>Office Of The Attorney General<br>Of West Virginia<br>State Capitol Complex<br>Building 1, Room E-26<br>1900 Kanawha Blvd. E<br>Charleston, WV 25301<br>(304) 558-2021<br>michael.r.williams@wvag.gov<br><br>*Counsel for Plaintiff State of West Virginia*<br>**motion for pro hac vice admission forthcoming* | Keith G. Kautz<br>Attorney General of Wyoming<br><br>/s/ Ryan Schelhaas<br>Ryan Schelhaas*<br>Chief Deputy Attorney General<br><br>Office of the Attorney General of Wyoming<br>109 State Capitol<br>Cheyenne, WY 82002<br>(307) 777-5786<br>ryan.schelhaas@wyo.gov<br><br>*Counsel for the State of Wyoming*<br>**motion for pro hac vice admission forthcoming* |

## **CERTIFICATE OF CONFERENCE**

Pursuant to LR 7.1(b), I hereby certify that I, counsel for Plaintiffs, emailed counsel for Defendants on April 16, 2026, seeking their position on the relief requested in this motion. Jody Lowenstein, counsel for Defendants, responded on April 17, 2026 and stated that they do not oppose, but reserve the right to file a response.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh

## **CERTIFICATE OF SERVICE**

I, Stephen D. Stamboulieh, hereby certify that, on April 22, 2026, I have caused the foregoing document to be filed with this Court's CM/ECF system, which caused a Notice of Electronic Filing and copy of this document to be delivered to all counsel of record.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh