## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### San Angelo Division

SILENCER SHOP FOUNDATION; GUN
OWNERS OF AMERICA, INC; FIREARMS
REGULATORY ACCOUNTABILITY
COALITION, INC.; B&T USA, LLC;
PALMETTO STATE ARMORY, LLC;
SILENCERCO WEAPONS RESEARCH,
LLC (d/b/a SILENCERCO); GUN OWNERS
FOUNDATION; BRADY WETZ; STATE
OF TEXAS; STATE OF ALASKA; STATE
OF GEORGIA; STATE OF IDAHO; STATE
OF INDIANA; STATE OF KANSAS;
STATE OF LOUISIANA; STATE OF
MONTANA; STATE OF NORTH
DAKOTA; STATE OF OKLAHOMA;
STATE OF SOUTH CAROLINA; STATE
OF SOUTH DAKOTA; STATE OF UTAH;
STATE OF WEST VIRGINIA; and STATE
OF WYOMING,

   *Plaintiffs*,

  v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES; UNITED
STATES DEPARTMENT OF JUSTICE;
PAMELA BONDI, in her Official Capacity as
ATTORNEY GENERAL OF THE UNITED
STATES; and DANIEL DRISCOLL, in his
Official Capacity as ACTING DIRECTOR
OF THE BUREAU OF ALCOHOL,
TOBACCO, FIREARMS AND
EXPLOSIVES,

   *Defendants*.

Case No. 6:25-cv-56-H

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE
NOTICE OF SUPPLEMENTAL AUTHORITY**

On this date, the Court considered Plaintiffs' Motion for Leave to File Notice of Supplemental Authority.    After considering the Motion, the Court believes the Motion is meritorious and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Leave to File Notice of Supplemental Authority is hereby **GRANTED**.

SIGNED on this the _____ day of _____

_____
Hon. James Wesley Hendrix

2