UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SILENCER SHOP FOUNDATION, et al.

Plaintiffs,

v.                                                      No. 6:25-CV-056-H

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

Defendants.

## ORDER

Before the Court are several motions. The plaintiffs move to strike the defendants' reply appendix or else move for leave to file a sur-reply. Dkt. No. 95. The plaintiffs also move for leave to file notices of supplemental authority. Dkt. Nos. 98; 104; 107. The defendants move to correct or seal one of their prior filings. Dkt. No. 101.

The Court orders as follows:

- The plaintiffs' motion (Dkt. No. 95) is denied as to the motion to strike and granted as to the motion for leave to file a sur-reply. The defendants' reply appendix (Dkt. No. 86) remains part of the official record of this case. The plaintiffs' sur-reply, limited to addressing the additional evidence submitted by the defendants, is due on or before May 20, 2026.

- The plaintiffs' motion for leave to file notice of supplemental authority (Dkt. No. 98) is granted. The Clerk of Court is directed to file the notice (Dkt. No. 98-1) as a separate docket entry with the supplemental documents (Dkt. Nos. 98-2; 98-3; 98-4) in the official record of this case.

- The plaintiffs' motion for leave to file notice of supplemental authority (Dkt. No. 104) is granted. The Clerk of Court is directed to file the notice (Dkt. No.

104-1) as a separate docket entry in the official record of this case.

- The plaintiffs' motion for leave to file notice of supplemental authority (Dkt. No. 107) is granted.  The Clerk of Court is directed to file the notice (Dkt. No. 107-1) as a separate docket entry in the official record of this case.  The defendants may file a response on or before May 20, 2026.

- The defendants' motion to correct a docketed filing (Dkt. No. 101) is granted. The Clerk of Court is directed to replace Docket Number 100-1 with the properly redacted version attached to the motion (Dkt. No. 101-1).

So ordered on May 6, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE