## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
#### San Angelo Division

SILENCER SHOP FOUNDATION; GUN
OWNERS OF AMERICA, INC; FIREARMS
REGULATORY ACCOUNTABILITY
COALITION, INC.; B&T USA, LLC;
PALMETTO STATE ARMORY, LLC;
SILENCERCO WEAPONS RESEARCH,
LLC (d/b/a SILENCERCO); GUN OWNERS
FOUNDATION; BRADY WETZ; STATE
OF TEXAS; STATE OF ALASKA; STATE
OF GEORGIA; STATE OF IDAHO; STATE
OF INDIANA; STATE OF KANSAS;
STATE OF LOUISIANA; STATE OF
MONTANA; STATE OF NORTH
DAKOTA; STATE OF OKLAHOMA;
STATE OF SOUTH CAROLINA; STATE
OF SOUTH DAKOTA; STATE OF UTAH;
STATE OF WEST VIRGINIA; and STATE
OF WYOMING,

   *Plaintiffs*,

  v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES; UNITED
STATES DEPARTMENT OF JUSTICE;
PAMELA BONDI, in her Official Capacity as
ATTORNEY GENERAL OF THE UNITED
STATES; and DANIEL DRISCOLL, in his
Official Capacity as ACTING DIRECTOR
OF THE BUREAU OF ALCOHOL,
TOBACCO, FIREARMS AND
EXPLOSIVES,

   *Defendants*.

Case No. 6:25-cv-56-H

### PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants have claimed that the National Firearms Act ("NFA") survives Second

Amendment review because it is a supposedly "'presumptively lawful'" "shall-issue licensing

scheme[]" of the sort discussed in *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1, 38 n.9 (2022). Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Defendants' Motion for Summary Judgment ("XMSJ") at 29, ECF #60 (citing *United States v. Peterson*, 161 F.4th 331, 339 (5th Cir. 2025)). Plaintiffs dispute that characterization. *See* Memorandum in Support of Plaintiffs' Motion for Summary Judgment ("MSJ") at 43-44, ECF #49.

Now, recently issued Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") documents further belie the notion that the NFA is a "shall-issue licensing scheme." Recently, ATF "disapproved" two Applications to Make and Register a Firearm ("Form 1") submitted by a member of Plaintiff Gun Owners of America ("GOA"). One Form 1 sought approval to make and register a short-barreled shotgun; and the other, a silencer. ATF denied both applications due to the GOA member's response to "Box 4(i)." Specifically, Box 4(i) requires – without any statutory or regulatory backing – an applicant to "specify why you intend to make firearm." *See* Exhibit 1 at 4(i). There are no instructions on the Form 1 with respect to what sorts of reasons are considered legitimate or illegitimate.

Nevertheless, on both Form 1 applications, this GOA member stated that they desired to "EXERCISE MY GOD GIVEN RIGHT." Exhibits 1 & 2 at 4(i). And in both cases, ATF disapproved the Form 1, asserting that the applicant had provided an "INSUFFICIENT REASON – 4I – STATE REASON, NOT ACTUAL." Exhibits 1 & 2 at 8. This was the only ground for "disapproval" on both forms. Then, when this GOA member followed up with ATF by email, asking "[p]lease provide me with a complete list of acceptable reasons to ATF to make a firearm because my reason is obviously not what the examiner wanted to read," ATF doubled down, stating that "Box 4i needs a clear, legal reason why you are manufacturing the weapon." Exhibit 3.

ATF's denial of this GOA member's applications bears no resemblance to the "shall-issue" schemes discussed in *Bruen*.  First, *Bruen* explained that "'shall-issue' licensing regimes … contain only 'narrow, objective, and definite standards.'"  597 U.S. at 38 n.9.  In contrast, Box 4(i) is not based on any statute or regulation, and thus provides no standard at all.  Second and relatedly, *Bruen* explained that "shall-issue regimes do not grant open-ended discretion to licensing officials."  *Id.* at 80 (Kavanaugh, J. & Roberts, C.J., concurring) & 38 n.9 (majority opinion).  Yet ATF's recent denial on the basis of a GOA member's wishing to exercise his God-given rights is the quintessential exercise of "open-ended discretion" – and a nefarious one at that.

In fact, by demanding an applicant provide a sufficient "reason" for acquiring a firearm, ATF's Form 1 requires the very same sort of "showing of some special need" that *Bruen* expressly rejected.  597 U.S. at 80 (Kavanaugh, J. & Roberts, C.J., concurring); *cf. id.* at 11 (majority opinion) ("the State's licensing regime violates the Constitution … [b]ecause the State of New York issues … licenses only when an applicant demonstrates a special need….").

Making matters worse, Defendants have not disputed that NFA firearms are "Arms" under the Second Amendment to which "the people" have a "right."  *See* MSJ at 37-38; *cf.* XMSJ at 27-32.  Even so, ATF has refused to allow this GOA member to "exercise [his] God given right" to acquire and possess a protected "Arm."  That is a Second Amendment violation in and of itself.

The ATF documents appended hereto provide further reason why this Court should grant Plaintiffs' Motion for Summary Judgment.

Dated: February 9, 2026.                          Respectfully submitted,

| */s/ Stephen D. Stamboulieh* | */s/ Michael D. Faucette* |
|---|---|
| Stephen D. Stamboulieh | Michael D. Faucette |
|  | Stephen J. Obermeier |
| **STAMBOULIEH LAW, PLLC** | Jeremy J. Broggi |

NDTX#: 102784MS
MS Bar No. 102784
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us

*Attorney for Plaintiffs Gun Owners of America, Inc., Gun Owners Foundation and Brady Wetz*

/s/ *Brandon W. Barnett*
Brandon W. Barnett
Texas Bar. No. 24053088

**BARNETT HOWARD & WILLIAMS PLLC**
930 W. 1st St., Suite 202
Fort Worth, Texas 76102
Tel: (817) 993-9249
Fax: (817) 697-4388
barnett@bhwlawfirm.com

*Attorney for Private Plaintiffs*

Boyd Garriott
Isaac J. Wyant

**WILEY REIN LLP**
2050 M Street NW
Washington, D.C. 20036
Tel: (202) 719-7000
Fax: (202) 719-7049
mfaucette@wiley.law
sobermeier@wiley.law
jbroggi@wiley.law
bgarriott@wiley.law
iwyant@wiley.law

*Attorneys for Plaintiffs Silencer Shop Foundation, Firearms Regulatory Accountability Coalition, Palmetto State Armory, LLC, B&T USA, LLC, and SilencerCo Weapons Research, LLC*

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Ralph Molina
Deputy First Assistant Attorney General

Ryan Walters
Deputy Attorney General for Legal Strategy

/s/ *Munera Al-Fuhaid*
Munera Al-Fuhaid
Special Counsel, Special Litigation Division
Texas Bar No. 24094501

Christina Cella
Special Counsel, Legal Strategy Division
Texas Bar No. 240106199

| | |
|---|---|
| Office Of The Attorney General Of Texas<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 461-6494<br>Munera.al-fuhaid@oag.texas.gov<br>christina.cella@oag.texas.gov<br><br>*Counsel for Plaintiff State of Texas* | |
| Treg R. Taylor<br>Attorney General of Alaska<br><br>/s/ *Aaron C. Peterson*<br>Aaron C. Peterson\*<br>(Alaska Bar No. 1011087)<br>Senior Assistant Attorney General<br><br>Department of Law<br>1031 West Fourth Avenue, Ste. 200<br>Anchorage, AK 99501<br>Telephone: (907) 269-5232<br>Facsimile: (907) 276-3697<br>Email: aaron.peterson@alaska.gov<br><br>*Counsel for Plaintiff State of Alaska*<br>*\*motion for pro hac vice admission forthcoming* | Christopher M. Carr<br>Attorney General of Georgia<br><br>/s/ *Elijah J. O'Kelley*<br>Elijah J. O'Kelley\*<br>Deputy Solicitor General<br><br>Office Of The Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334<br>(470) 816-1342<br>eokelley@law.ga.gov<br><br>*Counsel for Plaintiff State of Georgia*<br>*\*motion for pro hac vice admission forthcoming* |
| Raúl R. Labrador<br>Attorney General of Idaho<br><br>/s/ *Michael A. Zarian*<br>Michael A. Zarian<br>Deputy Solicitor General<br>Texas Bar No. 24115978<br><br>Office Of The Idaho Attorney General<br>700 W Jefferson St #210<br>Boise, ID 83720<br>Telephone: (208) 334-2400<br>Facsimile: (208) 854-8073<br>michael.zarian@ag.idaho.gov<br><br>*Counsel for Plaintiff State of Idaho* | Theodore E. Rokita<br>Attorney General of Indiana<br><br>/s/ *James A. Barta*<br>James A. Barta\*<br>Solicitor General<br><br>Indiana Attorney General's Office<br>IGCS – 5th Floor<br>302 W. Washington St.<br>Indianapolis, IN 46204<br>(317) 232-0709<br>james.barta@atg.in.gov<br><br>*Counsel for Plaintiff State of Indiana*<br>*\*motion for pro hac vice admission forthcoming* |
| Kris W. Kobach | Liz Murrill |

| | |
|---|---|
| Attorney General of Kansas<br><br>*/s/ James Rodriguez*<br>James Rodriguez<br>(KS Bar #29172)<br>Assistant Attorney General<br><br>Office Of Kansas Attorney General<br>120 SW 10th Ave., 2nd Floor<br>Topeka, KS 66612-1597<br>Tel. (785) 368-8197<br>Jay.Rodriguez@ag.ks.gov<br><br>*Counsel for Plaintiff State of Kansas* | Attorney General of Louisiana<br><br>*/s/ J. Benjamin Aguiñaga*<br>J. Benjamin Aguiñaga*<br>Solicitor General<br><br>Louisiana Department Of Justice<br>1885 N. Third Street<br>Baton Rouge, LA 70804<br>(225) 326-6766<br>AguinagaB@ag.louisiana.gov<br><br>*Counsel for Plaintiff State of Louisiana*<br>**motion for pro hac vice admission forthcoming* |
| Austin Knudsen<br>Attorney General of Montana<br><br>*/s/Christian B. Corrigan*<br>Christian B. Corrigan*<br>Solicitor General<br><br>Montana Department Of Justice<br>P.O. Box 201401<br>Helena, Montana 59620-1401<br>(406) 444-2026<br>Christian.Corrigan@mt.gov<br><br>*Counsel for Plaintiff State of Montana*<br>**motion for pro hac vice admission forthcoming* | Drew H. Wrigley<br>Attorney General of North Dakota<br><br>*/s/ Philip Axt*<br>Philip Axt<br>Solicitor General<br><br>Office Of North Dakota Attorney General<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505<br>Phone: (701) 328-2210<br>Email: pjaxt@nd.gov<br><br>*Counsel for Plaintiff State of North Dakota* |
| Gentner Drummond<br>Attorney General of Oklahoma<br><br>*/s/ Garry M. Gaskins, II*<br>Garry M. Gaskins, II*<br>Solicitor General<br><br>Office Of The Attorney General Of Oklahoma<br>313 NE Twenty-First St.<br>Oklahoma City, OK 73105<br>(405) 521-3921<br>garry.gaskins@oag.ok.gov | Alan Wilson<br>Attorney General of South Carolina<br><br>*/s/ Benjamin M. McGrey*<br>Benjamin M. McGrey*<br>(Fed. Bar No. 14374)<br>Assistant Deputy Solicitor General<br><br>Office Of The Attorney General Of South Carolina<br>PO Box 11549<br>Columbia, South Carolina 29201<br>(803) 734-3765<br>benmcgrey@scag.gov |

6

| | |
|---|---|
| *Counsel for Plaintiff State of Oklahoma* <br> *\*motion for pro hac vice admission forthcoming* | *Counsel for Plaintiff State of South Carolina* <br> *\*motion for pro hac vice admission forthcoming* |
| Marty J. Jackley <br> Attorney General of South Dakota <br><br> */s/ Amanda Miiller* <br> Amanda Miiller\* <br> (SD Bar No. 4271) <br> Deputy Attorney General <br><br> Office Of The Attorney General Of South Dakota <br> 1302 East Highway 14, Suite 1 <br> Pierre, SD 57501-8501 <br> Telephone: (605) 773-3215 <br> amanda.miiller@state.sd.us <br> *Counsel for Plaintiff State of South Dakota* <br> *\*motion for pro hac vice admission forthcoming* | Derek Brown <br> Attorney General of Utah <br><br> */s/ Andrew Dymek* <br> Andrew Dymek\* <br> Solicitor General <br><br> Office Of The Utah Attorney General <br> 160 E. 300 S., 5th floor <br> Salt Lake City, Utah 84111 <br><br> *Counsel for Plaintiff State of Utah* <br> *\*motion for pro hac vice admission forthcoming* |
| John B. McCuskey <br> Attorney General of West Virginia <br><br> */s/ Michael R. Williams* <br> Michael R. Williams\* <br> Solicitor General <br><br> Office Of The Attorney General <br> Of West Virginia <br> State Capitol Complex <br> Building 1, Room E-26 <br> 1900 Kanawha Blvd. E <br> Charleston, WV 25301 <br> (304) 558-2021 <br> michael.r.williams@wvag.gov <br><br> *Counsel for Plaintiff State of West Virginia* <br> *\*motion for pro hac vice admission forthcoming* | Keith G. Kautz <br> Attorney General of Wyoming <br><br> /s/ Ryan Schelhaas <br> Ryan Schelhaas\* <br> Chief Deputy Attorney General <br><br> Office of the Attorney General of Wyoming <br> 109 State Capitol <br> Cheyenne, WY 82002 <br> (307) 777-5786 <br> ryan.schelhaas@wyo.gov <br><br> *Counsel for the State of Wyoming* <br> *\*motion for pro hac vice admission forthcoming* |

7

## <u>CERTIFICATE OF SERVICE</u>

I, Stephen D. Stamboulieh, hereby certify that, on February 9, 2026, I have caused the foregoing document to be filed with this Court's CM/ECF system, which caused a Notice of Electronic Filing and copy of this document to be delivered to all counsel of record.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
