UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| SILENCER SHOP FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al., <br><br> Defendants. | No. 6:25-CV-056-H |
| JOHN JENSEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al., <br><br> Defendants. | No. 6:26-CV-227-H |

## CONSOLIDATION ORDER

On May 29, 2026, *Jensen v. ATF*, No. 6:26-CV-227-H, was transferred to the San Angelo Division from the Amarillo Division.  No. 6:26-CV-227-H, Dkt. No. 63.  The transfer order noted the similarity between *Jensen* and another case already pending before the Court.  *Id.* at 3–4; *Silencer Shop Foundation v. ATF*, No. 6:25-CV-056-H.  The Court finds that these cases "involve a common question of law or fact" and therefore consolidates the actions under Federal Rule of Civil Procedure 42(a)(2).

Civil Action No. 6:26-CV-227-H is consolidated with Civil Action No. 6:25-CV-056-H.  Pursuant to N.D. Tex. Loc. Civ. R. 42.1, all future pleadings, motions, or other papers must be filed in consolidated lead case *Silencer Shop Foundation v. ATF*, No. 6:25-CV-056-H,

and bear only the caption of that case, together with the legend required by Rule 42.1.  The

Court will treat all open matters and pending filings in the member case as part and parcel

of the lead case.  The Clerk of Court is directed to administratively close No. 6:26-CV-227-

H for statistical purposes.

So ordered on June 8, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE