**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| JOHN JENSEN; JEREMY NEUSCH; DAVID LYNN SMITH; HOT SHOTS CUSTOM LLC; TEXAS STATE RIFLE ASSOCIATION; FPC ACTION FOUNDATION; and CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS, | § § § § § § § | |
| *Plaintiffs*, | § § | No. 2:25-cv-00223 |
| v. | § § § | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; DANIEL P. DRISCOLL, in his official capacity as Acting Director of the Bureau of Alcohol Tobacco, Firearms and Explosives; UNITED STATES DEPARTMENT OF JUSTICE; and PAMELA J. BONDI, in her official capacity as Attorney General of the United States, | § § § § § § § § § | |
| *Defendants*. | § § | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs John Jensen, Jeremy Neusch, David Lynn Smith, Hot Shots Custom LLC, Texas State Rifle Association, FPC Action Foundation, and Citizens Committee For The Right To Keep And Bear Arms, through undersigned counsel, respectfully move for an Order granting their Motion for Summary Judgment on Counts I and II of their Complaint (ECF No. 1) pursuant to Fed. R. Civ. P. 56 and Local Rule 56.3.

This Motion is supported by Plaintiffs' Memorandum of Law in Support of their Motion for Summary Judgment, which sets forth the arguments and authorities on which Plaintiffs rely and contains the materials required by Local Rule 56.3.

Dated: November 12, 2025

Respectfully Submitted,

/s/ David H. Thompson

R. Brent Cooper
Texas Bar No. 04783250
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Telecopy: (214) 712-9540
brent.cooper@cooperscully.com

David H. Thompson*
Peter A. Patterson*
Nicholas A. Varone*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
Tel: (202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
nvarone@cooperkirk.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was mailed by United States Postal Service first-class mail, postage pre-paid, to the following non-ECF participants on November 12, 2025:

Bureau of Alcohol, Tobacco, Firearms and Explosives
99 New York Ave., Northeast
Washington, DC 20002

Daniel P. Driscoll
Acting Director
Bureau of Alcohol, Tobacco, Firearms and Explosives
99 New York Avenue, Northeast
Washington, DC 20002

Pamela J. Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave, Northwest
Washington, DC 20530

United States Department of Justice
950 Pennsylvania Avenue, Northwest
Washington, DC 20530

Nancy Larson, Acting United States Attorney
ATTN: Civil Process Clerk
United States Attorney's Office, Northern District of Texas
500 S. Taylor Street, Suite LB238
Amarillo, TX 79101

/s/ David H. Thompson
David H. Thompson
COOPER & KIRK, PLLC

3