**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| JOHN JENSEN, *et al.*,<br><br>  *Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>  *Defendants*. | No. 2:25-cv-223-Z |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, defendants respectfully move for summary judgment on all claims contained in plaintiffs' complaint, ECF No. 1. The grounds for this motion are set forth in the accompanying memorandum and supporting materials.

Dated: December 19, 2025   Respectfully submitted,

           BRETT A. SHUMATE
           Assistant Attorney General
           Civil Division

           ANDREW I. WARDEN
           Assistant Branch Director

           */s/ Jody D. Lowenstein*
           JODY D. LOWENSTEIN
           Mont. Bar No. 55816869
           Trial Attorney
           U.S. Department of Justice
           Civil Division, Federal Programs Branch
           1100 L Street NW
           Washington, DC 20005
           Phone: (202) 598-9280
           Email: jody.d.lowenstein@usdoj.gov

           *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On December 19, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Jody D. Lowenstein
JODY D. LOWENSTEIN
Trial Attorney
U.S. Department of Justice