**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

|  |  |
|---|---|
| JOHN JENSEN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | No. 2:25-cv-223-Z |

**PROPOSED ORDER**

Upon consideration of defendants' Motion for Leave to Submit Additional Evidence in Support of Defendants' Motion for Summary Judgment, the Court hereby **GRANTS** the motion. Defendants may submit the Second Declaration of Stephen Albro, attached as Exhibit 1 to defendants' motion, with their reply brief in support of their motion for summary judgment.

**SO ORDERED**.

Dated: _____          _____
                                        MATTHEW J. KACSMARYK
                                        UNITED STATES DISTRICT JUDGE