UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SILENCER SHOP FOUNDATION, et al.,

    Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

    Defendants.

No. 6:25-CV-056-H

## ORDER SETTING HEARING

Having considered the cross-motions for summary judgment and the accompanying filings, the Court orders that a hearing on the motions is set for Tuesday, June 23, 2026, at 1:00 p.m. in the United States District Court, Courtroom 216, 33 East Twohig Ave., San Angelo, Texas 76903. Counsel for the plaintiffs in the lead case and the member case will have a total of 90 minutes to present oral argument. Counsel for the defendants will also have a total of 90 minutes to present oral argument. Whether and how to split the assigned time between counsel for the respective parties is left to the parties' discretion. Counsel for the plaintiffs may reserve a portion of their time for rebuttal argument.

So ordered on June 8, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE