**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION**

|  |  |
|---|---|
| SILENCER SHOP FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | No. 6:25-cv-56-H <br> (Consolidated with No. 6:26-cv-227-H) |

**JOINT MOTION TO RESCHEDULE HEARING**

The parties respectfully request that the Court reschedule the June 23, 2026 hearing on the parties' cross-motions for summary judgement to account for unavoidable scheduling conflicts arising from related litigation. The grounds for this motion are as follows:

1. Plaintiffs in these consolidated cases—*Silencer Shop Foundation v. ATF*, No. 6:25-cv-56 (N.D. Tex.), and *Jensen v. ATF*, No. 6:26-cv-227 (N.D. Tex.)—challenge the National Firearms Act's ("NFA") constitutionality. *Silencer Shop Foundation* commenced in July 2025, and *Jensen* commenced in October 2025. Beginning in late 2025, the parties in each case began briefing cross-motions for summary judgment and completed their briefing earlier this year.

2. During that same period, another group of plaintiffs—represented by the same counsel as plaintiffs in *Jensen*—brought a similar constitutional challenge to the NFA in the Eastern District of Missouri, *Brown v. ATF*, No. 4:25-cv-1162 (E.D. Mo.) (filed August 2025). Like in *Silencer Shop Foundation* and *Jensen*, the parties in *Brown* began briefing cross-motions for summary judgment in late 2025 and completed their briefing earlier this year. In May, the court in *Brown* scheduled a hearing on

the parties' cross-motions for summary judgment for June 18, 2026, in St. Louis, Missouri. The Court later rescheduled that hearing for June 25, 2026.[1]

3. Two weeks ago, the district court originally assigned to *Jensen* transferred that case to this Court, citing similarities between that case and *Silencer Shop Foundation*. Yesterday, the Court consolidated *Silencer Shop Foundation* and *Jensen* and scheduled a hearing on the parties' cross-motions for summary judgment in each matter for June 23, 2026—two days before the hearing in *Brown*—in San Angelo, Texas.

4. As mentioned, the same counsel represent plaintiffs in *Jensen* and plaintiffs in *Brown*. Likewise, the same attorney represents defendants in *Silencer Shop Foundation*, *Jensen*, and *Brown* and will be the only attorney handling the hearings in those cases for defendants. All parties agree that these cases raise important and complex issues of constitutional law, some of which are matters of first impression. Under the current schedule, however, certain counsel will need to prepare and provide multiple oral arguments on these difficult issues in less than 48 hours, during which time they will also need to travel from San Angelo, Texas, to St. Louis, Missouri. To avoid that unnecessary hardship and allow counsel the opportunity to adequately prepare for the hearings in each matter—and thereby best assist this Court and the court in *Brown* in resolving the cases before them—the parties respectfully request that the Court reschedule the June 23 hearing in these consolidated cases. The parties have conferred, and counsel are available for a rescheduled hearing on July 28 or July 29, 2026.

The parties, and especially counsel, appreciate the Court's consideration. A proposed order is attached.

Dated: June 10, 2026                                    Respectfully submitted,

---

[1] For the Court's awareness, another group of plaintiffs—also represented by the same counsel as plaintiffs in *Jensen* and *Brown*—brought a similar constitutional challenge to the NFA in the Eastern District of Kentucky, *Roberts v. ATF*, No. 2:26-cv-91 (E.D. Ky.) (filed February 2026). The parties in *Roberts* are currently briefing cross-motions for summary judgment.

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh

**STAMBOULIEH LAW, PLLC**
NDTX#: 102784MS
MS Bar No. 102784
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us

*Attorney for Plaintiffs Gun Owners of
America, Inc., Gun Owners Foundation
and Brady Wetz*

*/s/ Brandon W. Barnett*
Brandon W. Barnett
Texas Bar No. 24053088

**BARNETT HOWARD & WILLIAMS PLLC**
930 W. 1st St., Suite 202
Fort Worth, Texas 76102
Tel: (817) 993-9249

*/s/ Michael D. Faucette*
Michael D. Faucette
Stephen J. Obermeier
Jeremy J. Broggi
Boyd Garriott

**WILEY REIN LLP**
2050 M Street NW
Washington, D.C. 20036
Tel: (202) 719-7000
Fax: (202) 719-7049
mfaucette@wiley.law
sobermeier@wiley.law
jbroggi@wiley.law
bgarriott@wiley.law

*Attorneys for Plaintiffs Silencer Shop
Foundation, Firearms Regulatory Accountability
Coalition, Palmetto State Armory, LLC, B&T
USA, LLC, and SilencerCo Weapons Research,
LLC*

3

Fax: (817) 697-4388
barnett@bhwlawfirm.com

*Attorney for Private Plaintiffs*

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Ralph Molina
Deputy First Assistant Attorney General

Ryan Walters
Deputy Attorney General for Legal Strategy

*/s/ Munera Al-Fuhaid*
Munera Al-Fuhaid
Special Counsel, Special Litigation Division
Texas Bar No. 24094501

Office Of The Attorney General Of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 461-6494
Munera.al-fuhaid@oag.texas.gov

*Counsel for Plaintiff State of Texas*


Stephen J. Cox
Attorney General of Alaska

*/s/ Aaron C. Peterson*
Aaron C. Peterson
(Alaska Bar No. 1011087)
Senior Assistant Attorney General

Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: aaron.peterson@alaska.gov

Christopher M. Carr
Attorney General of Georgia

*/s/ Elijah J. O'Kelley*
Elijah J. O'Kelley
Deputy Solicitor General

Office Of The Georgia Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(470) 816-1342
eokelley@law.ga.gov

*Counsel for Plaintiff State of Georgia*

4

*Counsel for Plaintiff State of Alaska*

Raúl R. Labrador
Attorney General of Idaho

*/s/ Michael A. Zarian*
Michael A. Zarian
Deputy Solicitor General
Texas Bar No. 24115978

Office Of The Idaho Attorney General
700 W Jefferson St #210
Boise, ID 83720
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
michael.zarian@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

Kris W. Kobach
Attorney General of Kansas

*/s/ James Rodriguez*
James Rodriguez
(KS Bar #29172)
Assistant Attorney General

Office Of Kansas Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612-1597
Tel. (785) 368-8197
Jay.Rodriguez@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

Austin Knudsen
Attorney General of Montana

*/s/ Christian B. Corrigan*
Christian B. Corrigan*
Solicitor General

Montana Department Of Justice
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026

Theodore E. Rokita
Attorney General of Indiana

*/s/ James A. Barta*
James A. Barta
Solicitor General

Indiana Attorney General's Office
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, IN 46204
(317) 232-0709
james.barta@atg.in.gov

*Counsel for Plaintiff State of Indiana*

Liz Murrill
Attorney General of Louisiana

*/s/ J. Benjamin Aguiñaga*
J. Benjamin Aguiñaga*
Solicitor General

Louisiana Department Of Justice
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766
AguinagaB@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*
*\*motion for pro hac vice admission forthcoming*

Drew H. Wrigley
Attorney General of North Dakota

*/s/ Philip Axt*
Philip Axt
Solicitor General

Office Of North Dakota Attorney General
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Phone: (701) 328-2210

Christian.Corrigan@mt.gov

*Counsel for Plaintiff State of Montana*
*\*motion for pro hac vice admission*
*forthcoming*

Gentner Drummond
Attorney General of Oklahoma

*/s/ Garry M. Gaskins, II*
Garry M. Gaskins, II
Solicitor General

Office Of The Attorney General Of
Oklahoma
313 NE Twenty-First St.
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

Marty J. Jackley
Attorney General of South Dakota

*/s/ Grant Flynn*
Grant Flynn
Assistant Attorney General

Office Of The Attorney General Of South
Dakota
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
grant.flynn@state.sd.us

*Counsel for Plaintiff State of South Dakota*

John B. McCuskey
Attorney General of West Virginia

*/s/ Michael R. Williams*
Michael R. Williams
Solicitor General

Email: pjaxt@nd.gov

*Counsel for Plaintiff State of North Dakota*

Alan Wilson
Attorney General of South Carolina

*/s/ Thomas T. Hydrick*
Thomas T. Hydrick
(SC Bar No. 103098)
Assistant Deputy Solicitor General

Office Of The Attorney General Of South
Carolina
PO Box 11549
Columbia, South Carolina 29201
(803) 734-3765
benmcgrey@scag.gov

*Counsel for Plaintiff State of South Carolina*

Derek Brown
Attorney General of Utah

*/s/ Andrew Dymek*
Andrew Dymek
Solicitor General

Office Of The Utah Attorney General
160 E. 300 S., 5th floor
Salt Lake City, Utah 84111

*Counsel for Plaintiff State of Utah*

Keith G. Kautz
Attorney General of Wyoming

*/s/ Ryan Schelhaas*
Ryan Schelhaas
Chief Deputy Attorney General

6

Office Of The Attorney General
Of West Virginia
State Capitol Complex
Building 1, Room E-26
1900 Kanawha Blvd. E
Charleston, WV 25301
(304) 558-2021
michael.r.williams@wvag.gov

*Counsel for Plaintiff State of West Virginia*

Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002
(307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for Plaintiff State of Wyoming*

/s/ David H. Thompson
David H. Thompson*
Peter A. Patterson*
Nicholas A. Varone*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
Tel: (202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
nvarone@cooperkirk.com

*Admitted *pro hac vice*

R. Brent Cooper
Texas Bar No. 04783250
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Telecopy: (214) 712-9540
brent.cooper@cooperscully.com

*Attorneys for Plaintiffs John Jensen,
Jeremy Neusch, David Lynn Smith, Hot
Shots Custom LLC, Texas State Rifle
Association, FPC Action Foundation,
and Citizens Committee For The Right
To Keep And Bear Arms*

7

## CERTIFICATE OF SERVICE

On June 10, 2026, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Trial Attorney
U.S. Department of Justice