**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**SAN ANGELO DIVISION**

| | |
|---|---|
| SILENCER SHOP FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> *Defendants.* | No. 6:25-cv-56-H <br> (Consolidated with No. 6:26-cv-227-H) |

**PROPOSED ORDER**

Upon consideration of the parties' Joint Motion to Reschedule Hearing, the Court hereby **GRANTS** the motion. The Court orders that a hearing on the parties' cross-motions for summary judgment is set for _____, at _____ in the United States District Court, Courtroom 216, 33 East Twohig Ave., San Angelo, Texas 76903. Counsel for the plaintiffs in the lead case and the member case will have a total of 90 minutes to present oral argument. Counsel for the defendants will also have a total of 90 minutes to present oral argument. Whether and how to split the assigned time between counsel for the respective parties is left to the parties' discretion. Counsel for the plaintiffs may reserve a portion of their time for rebuttal argument.

So ordered on _____.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE