**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION**

|  |  |
|---|---|
| SILENCER SHOP FOUNDATION, et al. <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al. <br><br> *Defendants*. | **Case No.** 6:25-cv-00056-H |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 83.12, attorney Samuel P. Siegel moves for leave to withdraw as counsel for amici the City of Baltimore, Maryland; the City of Columbus, Ohio; and Harris County, Texas; because he is leaving the Institute for Constitutional Advocacy and Protection at Georgetown Law (ICAP). Amici will continue to be represented by other counsel who have entered an appearance for amici.

June 30, 2026

Respectfully submitted,

*/s/ Samuel P. Siegel*

Samuel P. Siegel[†]
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
AND PROTECTION
GEORGETOWN LAW
600 New Jersey Ave. NW
Washington, DC 20001
(202) 662-6548
ss5427@georgetown.edu

[†] *Admitted pro hac vice.*

1