# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## SAN ANGELO DIVISION

| | |
|---|---|
| SILENCER SHOP, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, et al.<br><br>*Defendants*. | Case No. 6:25-cv-00056-H |

## [PROPOSED] ORDER ON MOTION TO WITHDRAW

The Court has considered the motion to withdraw as counsel Samuel P. Siegel. It is

ORDERED that the motion is GRANTED.

_____

DATE

_____

The Honorable James Wesley Hendrix
United States District Judge