UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SILENCER SHOP FOUNDATION, et al.,

    Plaintiffs,

v.                                                                    No. 6:25-CV-056-H

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

    Defendants.

### ORDER

On June 8, 2026, the Court consolidated two related actions: *Silencer Shop Foundation v. ATF*, No. 6:25-CV-056, and *Jensen v. ATF*, No. 6:26-CV-227. Dkt. No. 116. Pending in *Jensen* is the defendants' motion for leave to submit additional evidence in support of their cross-motion for summary judgment. Dkt. No. 119. Specifically, the defendants seek leave to file a four-page supplemental declaration from the Chief of ATF's National Firearms Act Division. *Id.* at 1. The Court previously allowed the defendants to file a nearly identical declaration in *Silencer Shop*. *See* Dkt. No. 110. Accordingly, the Court grants the motion in *Jensen* (Dkt. No. 119) and allows the *Jensen* plaintiffs to file a sur-reply, not to exceed three pages, by no later than July 7, 2026. *See* 6:26-CV-227, Dkt. No. 61 at 4.

The Clerk of Court is directed to file the proposed supplemental declaration (Dkt. No. 119-1) as a separate docket entry.

So ordered on June 50, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE