UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SILENCER SHOP FOUNDATION, et al.,

    Plaintiffs,

v.                                                                                      No. 6:25-CV-056-H

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

    Defendants.

## ORDER

Before the Court is the motion to withdraw Samuel P. Siegel as counsel for amici the City of Baltimore, Maryland; the City of Columbus, Ohio; and Harris County, Texas. Dkt. No. 125. The motion is granted. Siegel is relieved of his obligations and duties to this Court as counsel for amici in this case. Amici are still represented by other counsel who have entered an appearance on amici's behalf.

So ordered on July __1__, 2026.

 

_____

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE