**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION**

| | | |
|---|---|---|
| SILENCER SHOP FOUNDATION, et al., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | No. 6:25-cv-56-H |
| v. | § | |
| | § | (Consolidated with No. 6:26-cv-227-H) |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS | § | |
| AND EXPLOSIVES, et al., | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

## MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITIES

COME NOW Plaintiffs John Jensen, Jeremy Neusch, David Lynn Smith, Hot Shots Custom LLC, Texas State Rifle Association, FPC Action Foundation, and Citizens Committee For The Right To Keep And Bear Arms (collectively, "*Jensen* Plaintiffs"), through undersigned counsel, and hereby request leave to file the attached Notice of Supplemental Authorities in their case, No. 6:26-cv-227-H, which has been consolidated with *Silencer Shop Foundation v. ATF*, No. 6:25-cv-56-H.

The Supreme Court recently decided three cases that bear on the issues in this case and that are pending before the Court in the parties' motions for summary judgment: *United States v. Hemani*, No. 24-1234, 2026 WL 1751710 (U.S. June 18, 2026); *Landor v. Louisiana Department of Corrections & Public Safety*, No. 23-1197, 2026 WL 1791277 (U.S. June 23, 2026); and *Wolford v. Lopez*, No. 24-1046, 2026 WL 1825723 (U.S. June 25, 2026). *Jensen* Plaintiffs submit that the Court's consideration of these cases and *Jensen* Plaintiffs' explanation of their relevance will aid the Court in resolving the pending motions, so *Jensen* Plaintiffs respectfully request leave to file the attached Notice.

Additionally, a motion for the leave requested herein is not specifically listed in LR 7.1(h), and due to the straightforward nature of the relief requested, *Jensen* Plaintiffs request to be relieved of the requirement to file a brief in support of this filing.

Dated: July 2, 2026                          Respectfully Submitted,

                                             /s/ David H. Thompson
R. Brent Cooper                              David H. Thompson*
Texas Bar No. 04783250                       Peter A. Patterson*
COOPER & SCULLY, P.C.                         Nicholas A. Varone*
900 Jackson Street, Suite 100                COOPER & KIRK, PLLC
Dallas, Texas 75202                          1523 New Hampshire Avenue, N.W.
Telephone: (214) 712-9500                    Washington, DC 20036
Telecopy: (214) 712-9540                     Tel: (202) 220-9600
brent.cooper@cooperscully.com                dthompson@cooperkirk.com
                                             ppatterson@cooperkirk.com
                                             nvarone@cooperkirk.com

                                             *Admitted *pro hac vice*

                    *Attorneys for* Jensen *Plaintiffs*

**CERTIFICATE OF CONFERENCE**

Pursuant to LR 7.1(b), Plaintiffs have conferred with Defendants in their case, No. 6:26-cv-227-H, and Defendants do not oppose this relief, but indicated that they reserve the right to file a response to the Notice of Supplemental Authorities.

**CERTIFICATE OF SERVICE**

On July 2, 2026, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ David H. Thompson
David H. Thompson
COOPER & KIRK, PLLC