**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**SAN ANGELO DIVISION**

| | | |
|---|---|---|
| SILENCER SHOP FOUNDATION, et al., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | No. 6:25-cv-56-H |
| v. | § | |
| | § | (Consolidated with No. 6:26-cv-227-H) |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS | § | |
| AND EXPLOSIVES, et al., | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

**[Proposed] ORDER**

Before the Court is *Jensen* Plaintiffs' Motion for Leave to File Notice of Supplemental Authorities, filed on July 2, 2026. They request leave to file the Notice of Supplemental Authorities attached to the motion. Having reviewed the Motion, rules, and relevant law, the Court **GRANTS** the Motion. The Clerk is directed to file the Notice of Supplemental Authorities as a separate entry on the docket. Defendants may file a response no later than 5 PM CT on July 6, 2026.

**SO ORDERED.**

July _____, 2026

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE