

FILED - USDC - NDTX - SA
JUL 6 '26 AM10:51

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SILENCER SHOP FOUNDATION, et al.,

    Plaintiffs,

v.                                                                          No. 6:25-CV-056-H

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

    Defendants.

## ORDER

Before the Court is the *Jensen* plaintiffs' unopposed motion for leave to file notice of supplemental authorities. Dkt. No. 129. The motion is granted. The Clerk of Court is directed to file the notice and supplemental authorities (Dkt. Nos. 129-1; 129-2; 129-3; 129-4) as a separate docket entry. The defendants may file a response to the notice by no later than July 10, 2026.

So ordered on July 6, 2026.

 

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE