**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION**

| | |
|---|---|
| SILENCER SHOP FOUNDATION, et al., *Plaintiffs,* v. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al., *Defendants.* | No. 6:25-cv-56-H (Consolidated with No. 6:26-cv-227-H) |

**MOTION TO WITHDRAW ATTORNEY MATTHEW OLSEN**

Pursuant to Civil Local Rule 83.12(a), Amici Curiae Brady Center to Prevent Gun Violence, Everytown for Gun Safety, and Giffords Law Center to Prevent Gun Violence ("Amici Curiae") hereby move for an order permitting attorney Matthew Olsen to withdraw as counsel.

The grounds for this motion are as follows:

Matthew Olsen will be leaving Wilmer Cutler Pickering Hale and Dorr LLP and will no longer be authorized to represent Amici Curiae in this matter. Amici Curiae will continue to be represented in the above-captioned matter by counsel of record from Wilmer Cutler Pickering Hale and Dorr LLP and The Sloan Firm.

The client has been notified of the withdrawal. No parties will be prejudiced or impacted by the relief requested in this Motion.


Dated: August 4, 2026

/s/ Matthew G. Olsen
Matthew G. Olsen* (D.C. Bar No. 425240)
Joshua A. Geltzer* (D.C. Bar No. 1018768)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Ave., NW Washington, DC 20037
Phone: (202) 663-6000
Fax: (202) 663-6363
  matthew.olsen@wilmerhale.com
  joshua.geltzer@wilmerhale.com

 *admitted pro hac vice

Valerie A. Mosman (TX Bar No. 00796127)
THE SLOAN FIRM
3500 Maple Ave Ste #1200
Dallas, TX 75219-3937
(214) 550-3233
 vmosman@sloanfirm.com