UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SILENCER SHOP FOUNDATION, et al.,

    Plaintiffs,

v.                                                                No. 6:25-CV-056-H

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

    Defendants.

## ORDER

Before the Court is the motion to withdraw Matthew Olsen as counsel for amici curiae Brady Center to Prevent Gun Violence, Everytown for Gun Safety, and Giffords Law Center to Prevent Gun Violence. Dkt. No. 134. The motion is granted. Olsen is relieved of his obligations and duties to this Court as counsel for amici in this case. Amici are still represented by other counsel who have entered an appearance on amici's behalf.

So ordered on August 5, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE