UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SILENCER SHOP FOUNDATION, et al.,

    Plaintiffs,

v.

No. 6:25-CV-056-H

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

    Defendants.

## FINAL JUDGMENT

For the reasons stated in the Court's Memorandum Opinion and Order, Dkt. No. 136, it is hereby ordered, adjudged, and decreed that:

Final judgment is entered in favor of the plaintiffs in *Silencer Shop Foundation v. ATF*, No. 6:25-CV-056, and *Jensen v. ATF*, 6:26-CV-277, on their enumerated-powers claims. The plaintiffs' Second Amendment claims are dismissed without prejudice as abandoned.

Accordingly, the Court permanently enjoins the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States Department of Justice, Todd Blanche in his official capacity, Robert Cekada in his official capacity, their divisions, bureaus, agents, officers, commissioners, employees, and anyone acting in concert or participation with them, including their successors in office, from enforcing the challenged provisions of the National Firearms Act as to untaxed firearms against the plaintiffs and, where applicable, the plaintiffs' agencies, political subdivisions, members, and customers—both current and future. The challenged NFA provisions are:

- 26 U.S.C. § 5812(a)–(b);

- 26 U.S.C. § 5822;

- 26 U.S.C. § 5841(a)–(c), (e);

- 26 U.S.C. § 5861(b)–(f);

- 27 C.F.R. § 479.62(a)–(d); and

- 27 C.F.R. § 479.84(a)–(d).

Further, the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States Department of Justice, Todd Blanche in his official capacity, Robert Cekada in his official capacity, their divisions, bureaus, agents, officers, commissioners, employees, and anyone acting in concert or participation with them, including their successors in office, are permanently enjoined from enforcing the following additional challenged NFA provisions as to untaxed firearms against the *Jensen* plaintiffs and, where applicable, their members and customers:

- 26 U.S.C. § 5842(b); and

- 26 U.S.C. § 5861(i).

The Court's permanent injunction does not extend to the NFA's regulation of "any other weapon" as it relates to the *Jensen* plaintiffs.  *See* 26 U.S.C. § 5845(a)(5), (e).

All other relief not specified here is denied.

The Court stays the effect of this Final Judgment for seven days from the date of entry to allow the defendants to seek relief, if any, at the appellate level.

The Clerk of Court is directed to close the case.

So ordered on August 5, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE