**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
San Angelo Division**

| | | |
|---|---|---|
| SILENCER SHOP FOUNDATION, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No. 6:25-cv-56-H |
| | ) | |
| BUREAU OF ALCOHOL, TOBACCO, | ) | |
| FIREARMS AND EXPLOSIVES, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

To:    The Honorable Karen Mitchell, Clerk of Court
United States District Court for the Northern District of Texas
33 East Twohig Avenue, Room 202
San Angelo, TX 76903-6451

Please formally enter my appearance in the above-styled matter on behalf of Plaintiffs Gun

Owners of America, Inc., Gun Owners Foundation, and Brady Wetz.

Dated: August 12, 2026         Respectfully submitted,

                                  */s/ Oliver M. Krawczyk*
                                  Oliver M. Krawczyk
                                  NDTX # 99918VA
                                  AMBLER LAW OFFICES, LLC
                                  115 South Hanover Street, Suite 100
                                  Carlisle, PA 17013
                                  T: (717) 525-5822
                                  F: (540) 773-2414
                                  E: oliver@amblerlawoffices.com
                                  *Attorney for Plaintiffs Gun Owners of America, Inc.,*
                                  *Gun Owners Foundation, and Brady Wetz*

1

2

**CERTIFICATE OF SERVICE**

I certify that, on August 12, 2026, a copy of the foregoing Notice of Appearance was filed electronically and served upon all counsel of record via the Court's ECF system.


By:     */s/ Oliver M. Krawczyk*
        Oliver M. Krawczyk

2