**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**San Angelo Division**

SILENCER SHOP FOUNDATION, et al.,
            *Plaintiffs*,


       v.


BUREAU OF ALCOHOL, TOBACCO,                    Case No. 6:25-cv-56-H
FIREARMS AND EXPLOSIVES, et al.,


            *Defendants*.

### MOTION TO WITHDRAW

Stephen D. Stamboulieh respectfully moves this Court for leave to withdraw his appearance as counsel for Plaintiffs Gun Owners of America, Inc., Gun Owners Foundation and Brady Wetz.  In support of this motion, the undersigned states as follows:

1)  Mr. Stamboulieh has accepted a position with the Department of Justice and will no longer be in private practice.

2)  Plaintiffs will continue to be represented by listed co-counsel.

WHEREFORE, Stephen D. Stamboulieh respectfully requests that the Court grant this motion and permit him to withdraw his appearance in this matter.  A proposed order is attached.

Dated: August 13, 2026                              Respectfully submitted,


*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Mississippi Bar No. 102784
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us

**Certificate of Service**

I hereby certify that on August 13, 2026, a true and correct copy of the above and foregoing document was filed and served electronically via CM/ECF.

_/s/ Stephen D. Stamboulieh_
Stephen D. Stamboulieh