**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
San Angelo Division**

| | |
|---|---|
| SILENCER SHOP FOUNDATION, et al.,<br>     *Plaintiffs*,<br><br>  v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, et al.,<br><br>     *Defendants*. | Case No. 6:25-cv-56-H |

## Proposed Order

Pending before the Court is Plaintiffs Gun Owners of America, Inc., Gun Owners Foundation, and Brady Wetz's Motion to Withdraw Stephen D. Stamboulieh as counsel of record. After consideration, the Court is of the opinion that this Motion should be GRANTED.

Accordingly, it is ORDERED that Stephen D. Stamboulieh is hereby withdrawn as counsel of record for Plaintiffs Gun Owners of America, Inc., Gun Owners Foundation, and Brady Wetz.

DATED: _____

_____
United States District Judge