UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SILENCER SHOP FOUNDATION, et al.,

Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,

Defendants.

No. 6:25-CV-056-H

**ORDER**

Before the Court is the motion to withdraw Stephen D. Stamboulieh as counsel for plaintiffs Gun Owners of America, Inc., Gun Owners Foundation, and Brady Wetz. Dkt. No. 139. The motion is granted. Stamboulieh is relieved of his obligations and duties to this Court as counsel for these plaintiffs in this case. These plaintiffs are still represented by co-counsel.

So ordered on August 14, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE