# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Silencer Shop Foundation, et al.<br>*Plaintiff* | § | |
| | § | |
| v. | § | Case No. 6:25-CV-56-H |
| | § | |
| Bureau of Alcohol, Tobacco, and Firearms et al<br>*Defendant* | § | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Alaska Department of Law, with offices at

1031 W. 4th Avenue #200
(Street Address)

Anchorage (City) AK (State) 9950 (Zip Code)

907-269-6612 (Telephone No.) (Fax No.)

**II.** Applicant will sign all filings with the name Jessica M. Alloway.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

State of Alaska

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

For Court Use Only.
Bar Status Verified:
______________

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of

Alaska, where Applicant regularly practices law.

Bar license number: 1205045 Admission date: 5/31/2012

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Montana | 2005 | Inactive |
| Washington | 2008 | Inactive |
| District of Alaska | 2012 | Active |
| District of Montana | 2017 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

n/a

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

n/a

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

n/a

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| N/A | |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Munera Al-Fuhaid, who has offices at

P.O. Box 12458, Capital Station
(Street Address)

Austin (City) TX (State) 78711-2548 (Zip Code)

512-461-6494 (Telephone No.) ______ (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 14 day of August, 2026.

Jessica M. Alloway
Printed Name of Applicant

[signature]
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.