# The Supreme Court of the State of Alaska

## Certificate of Good Standing

I, Meredith Montgomery, Clerk of the Supreme Court of the State of Alaska, do hereby certify that:

***Jessica Moats Alloway***

was admitted to practice before all courts of the State of Alaska on May 31, 2012; that Jessica Moats Alloway's professional character appears to be good; and that she is presently an active member in good standing in this court.

Dated July 31, 2026, at Anchorage, Alaska.

SEAL OF THE SUPREME COURT OF THE STATE OF ALASKA

*Clerk of the Supreme Court*

M. Montgomery

*Meredith Montgomery*