CORI MILLS
ACTING ATTORNEY GENERAL

Jessica M. Alloway
Acting Solicitor General
Department of Law
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Email: jessica.alloway@alaska.gov

IN THE UNITED STATES COURT OF DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SILENCER SHOP FOUNDATION, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al., | ) | Case No.: 6:25-cv-00056-H |
| Defendants. | ) | |

**MOTION TO WITHDRAW APPEARANCE**

Plaintiff State of Alaska respectfully requests this Court withdraw Jenna M. Lorence as counsel in this case. Good cause exists as Ms. Lorence has left the employment of the Alaska Department of Law. The State of Alaska will continue to be represented by the undersigned counsel, Jessica M. Alloway, who has entered her appearance on behalf of the State of Alaska.

DATED: September 3, 2026.

CORI MILLS
ACTING ATTORNEY GENERAL

By: /s/Jessica M. Alloway
Jessica M. Alloway
Acting Solicitor General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5100
Facsimile: (907) 276-3697
Email: jessie.alloway@alaska.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2026 the foregoing *Motion to Withdraw Appearance* was served on the counsel of record for all parties through the CM/ECF system:

/s/Jessica M. Alloway
Jessica M. Alloway
Acting Solicitor General