**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**SAN ANGELO DIVISION**

| | |
|---|---|
| SILENCER SHOP FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>*Defendants*. | No. 6:25-cv-56-H |

**PROPOSED ORDER**

Upon consideration of Defendants' Motion to Extend Briefing Deadline, the Court hereby **GRANTS** the motion. Defendants shall file a response to the state plaintiffs' motion to clarify the Court's injunction, ECF No. 144, no later than October 12, 2026.

**SO ORDERED**.

Dated: ____________________________

____________________________
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE