UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| SILENCER SHOP FOUNDATION, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 6:25-CV-056-H |
| | ) | |
| v. | ) | |
| | ) | |
| BUREAU OF ALCOHOL, TOBACCO, | ) | |
| FIREARMS AND EXPLOSIVES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO PERMIT SKELETAL FILING OF MOTION FOR ATTORNEYS' FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT WITH SUPPLEMENT PERMITTED AT LATER DATE IF NO SETTLEMENT REACHED, AND TO STAY BRIEFING**

Plaintiffs Silencer Shop Foundation, Gun Owners of America, Inc., Gun Owners Foundation, Firearms Regulatory Accountability Coalition, Inc., and Brady Wetz ("Plaintiffs" and collectively "the Private Plaintiffs") respectfully move this Court to permit Plaintiffs to file a skeletal motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), a copy of which accompanies this motion as Exhibit 1. The parties are engaged in settlement discussions regarding the Private Plaintiffs' recovery of reasonable attorneys' fees in this case. In the interests of judicial economy, Plaintiffs request leave of the Court to file the accompanying skeletal application for attorneys' fees and costs, which may be altered or supplemented with supporting documentation and argument in the event the parties are not able to resolve the fee dispute through settlement discussions.

In addition to the above-named Private Plaintiffs, 15 States filed as Plaintiffs in this action (collectively "the State Plaintiffs"). This motion covers the fee requests only of the Private Plaintiffs. No claims are made on behalf of the State Plaintiffs.

Plaintiffs further request that the Court stay briefing on their motion for fees and costs, including Plaintiffs' opportunity to alter or supplement their skeletal motion, until 30 days after notification to the Court by Plaintiffs or Defendants that the parties have been unable to settle the matter of fees and costs. Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives, et. al., consent to the relief sought in this motion. In support of this motion, Plaintiffs state as follows:

1. The Court issued an opinion and judgment in this matter on August 5, 2026, concluding that "the challenged [National Firearms Act] provisions exceed Congress's Article I enumerated powers and are therefore unconstitutional." *Silencer Shop Found. v. BATFE*, 2026 U.S. Dist. LEXIS 174125, at *90 (N.D. Tex. Aug. 5, 2026).

2. A party seeking attorneys' fees and other expenses must file the application within "thirty days of final judgment in the action." 28 U.S.C. § 2412(d)(1)(B). The application therefore must be filed "no later than thirty days after the expiration of the time to appeal, or after the termination of the litigation by the court of last resort, or after a losing party asserts that no further appeal will be taken." *Taylor v. United States*, 749 F.2d 171, 174 (3d Cir. 1984); *see also FDIC v. Addison Airport of Tex., Inc.*, 733 F. Supp. 1121, 1125 (N.D. Tex. 1990).

3. On October 1, 2026, Defendants advised the Court that they will not be pursuing an appeal of this Court's ruling in this action. ECF #145. Thus, Plaintiffs' request for attorneys' fees under EAJA is due on or before November 2, 2026. *See* 28 U.S.C. § 2412(d)(1)(B).

4. Plaintiffs and Defendants are interested in pursuing the possibility of settling the attorneys' fee issue in this case and have begun to engage in settlement discussions. The parties believe the best way to resolve the fee dispute may be through settlement discussions.

5. Pursuant to the parties' agreement, in the interests of judicial economy, and to avoid undue burden on the parties and the Court, Plaintiffs request leave of the Court to file a skeletal

application for attorneys' fees and costs, a copy of which is attached hereto as Exhibit 1, which may be altered or supplemented with supporting documentation and argument in the event that the parties are not able to resolve the fee dispute through settlement discussions. Plaintiffs and/or Defendants will notify the Court if they are unable to settle the fees matter.

6. Plaintiffs further request that, after they file their skeletal EAJA motion, the Court stay further briefing in that matter, including Plaintiffs' opportunity to alter or supplement their motion, until 30 days after Plaintiffs or Defendants notify the Court that the parties are unable to resolve a dispute over the award of fees and costs.

7. In the event that the parties reach a settlement agreement, Plaintiffs will withdraw their EAJA motion.

8. The undersigned counsel have discussed this Motion with counsel for Defendants, who confirmed that Defendants consent to (1) Plaintiffs' request to file a skeletal motion for fees and costs pursuant to EAJA and (2) Plaintiffs' request to stay briefing on the EAJA motion.

**WHEREFORE**, for the foregoing reasons, Plaintiffs respectfully request that this Court permit them to file the attached skeletal motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act, with leave to supplement the motion should a settlement not be reached on the issue of fees and costs. Plaintiffs further request that the Court stay briefing after Plaintiffs file their EAJA motion, including Plaintiffs' opportunity to alter or supplement the motion, until 30 days after the Court receives notice that the parties are unable to resolve this matter by agreement. A proposed order granting the instant motion, along with a copy of that EAJA motion, is submitted herewith for the Court's convenience.

Dated: October 29, 2026

Respectfully submitted,

/s/ *Oliver M. Krawczyk*
Oliver M. Krawczyk
NDTX # 99918VA
AMBLER LAW OFFICES, LLC
115 South Hanover Street, Suite 100
Carlisle, PA 17013
T: (717) 525-5822
F: (540) 773-2414
E: oliver@amblerlawoffices.com
*Attorney for Plaintiffs Gun Owners of America, Inc., Gun Owners Foundation, and Brady Wetz*

*/s/ Michael D. Faucette*
Michael D. Faucette
Stephen J. Obermeier
Jeremy J. Broggi
Boyd Garriott
WILEY REIN LLP
2050 M Street NW
Washington, D.C. 20036
Tel: (202) 719-7000
Fax: (202) 719-7049
mfaucette@wiley.law
sobermeier @wiley.law
jbroggi@wiley.law
bgarriott@wiley.law
*Attorneys for Plaintiffs Silencer Shop Foundation and Firearms Regulatory Accountability Coalition*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, counsel for Plaintiffs and Defendants conferred as to the relief sought in this motion. Defendants do not oppose.

By: */s/ Oliver M. Krawczyk*
Oliver M. Krawczyk

**CERTIFICATE OF SERVICE**

I certify that, on October 29, 2026, a copy of the foregoing document was filed electronically and served upon all counsel of record via the Court's ECF system.

By: *<u>/s/ Oliver M. Krawczyk</u>*
Oliver M. Krawczyk