UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| SILENCER SHOP FOUNDATION, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 6:25-CV-056-H |
| | ) | |
| v. | ) | |
| | ) | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO PERMIT SKELETAL FILING OF MOTION FOR ATTORNEYS' FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT WITH SUPPLEMENT PERMITTED AT LATER DATE IF NO SETTLEMENT REACHED, AND TO STAY BRIEFING**

This Court having read and considered the Plaintiffs' Unopposed Motion to Permit Skeletal Filing of Motion for Attorneys' Fees Pursuant to the Equal Access to Justice Act with Supplement Permitted at Later Date if No Settlement Reached, and to Stay Briefing, in the above-styled action, and for good cause shown;

IT IS HEREBY ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED that Plaintiffs may file their skeletal motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act, with leave to supplement the motion should the parties not reach a settlement on the issue of fees and costs; and

IT IS FURTHER ORDERED that briefing on Plaintiffs' EAJA motion, including Plaintiffs' opportunity to alter or supplement, is stayed until 30 days after Plaintiffs' or Defendants' notification to the Court that they are unable to settle the fees matter. In the event the parties reach a settlement agreement for attorneys' fees and costs, Plaintiffs are DIRECTED to withdraw their EAJA motion.

SO ORDERED this ___ day of October, 2026.

________________________________
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE