**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**SAN ANGELO DIVISION**

| | | |
|---|---|---|
| SILENCER SHOP FOUNDATION, et al., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | No. 6:25-cv-056-H |
| v. | § | |
| | § | (Consolidated with No. 6:26-cv-227-H) |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al., | § § | |
| | § | |
| *Defendants*. | § | |
| | § | |

**_JENSEN_ PLAINTIFFS' UNOPPOSED MOTION TO PERMIT SKELETAL FILING OF MOTION FOR ATTORNEYS' FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT WITH SUPPLEMENT PERMITTED AT LATER DATE IF NO SETTLEMENT REACHED, AND TO STAY BRIEFING**

Plaintiffs John Jensen, Jeremy Neusch, David Lynn Smith, Hot Shots Custom LLC, Texas State Rifle Association, FPC Action Foundation, and Citizens Committee For The Right To Keep And Bear Arms (together, "*Jensen* Plaintiffs"), respectfully move this Court to permit *Jensen* Plaintiffs to file a skeletal motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), a copy of which accompanies this motion as **Exhibit A**. The *Jensen* Plaintiffs intend to engage in settlement discussions with Defendants concerning the *Jensen* Plaintiffs' recovery of reasonable attorneys' fees in this case. In the interests of judicial economy, *Jensen* Plaintiffs request leave of the Court to file the accompanying skeletal application for attorneys' fees and costs, which may be altered or supplemented with supporting documentation and argument in the event the parties are not able to resolve the fee dispute through settlement discussions.

*Jensen* Plaintiffs further request that the Court stay briefing on their motion for fees and costs, including *Jensen* Plaintiffs' opportunity to alter or supplement their skeletal motion, until 30

days after notification to the Court by *Jensen* Plaintiffs or Defendants that the parties have been unable to settle the matter of fees and costs. Defendants consent to the relief sought in this motion. In support of this motion, *Jensen* Plaintiffs state as follows:

1. The Court issued an opinion and judgment in this matter on August 5, 2026, concluding that "the challenged [National Firearms Act] provisions exceed Congress's Article I enumerated powers and are therefore unconstitutional." *Silencer Shop Found. v. ATF*, No. 6:25-cv-056-H, 2026 WL 2255460, at *30 (N.D. Tex. Aug. 5, 2026).

2. A party seeking attorneys' fees and other expenses must file the application within "thirty days of final judgment in the action." 28 U.S.C. § 2412(d)(1)(B). The application therefore must be filed "no later than thirty days after the expiration of the time to appeal, or after the termination of the litigation by the court of last resort, or after a losing party asserts that no further appeal will be taken." *Taylor v. United States*, 749 F.2d 171, 174 (3d Cir. 1984); *see also FDIC v. Addison Airport of Tex., Inc.*, 733 F. Supp. 1121, 1125 (N.D. Tex. 1990).

3. On October 1, 2026, Defendants advised the Court that they will not be pursuing an appeal of this Court's ruling in this action. Defs.' Mot. to Extend Briefing Deadline (Oct. 1, 2026), ECF No. 145. Thus, *Jensen* Plaintiffs' request for attorneys' fees under the EAJA is due on or before November 2, 2026. *See* 28 U.S.C. § 2412(d)(1)(B).

4. *Jensen* Plaintiffs intend to pursue the possibility of settling the attorneys' fee issue in this case with Defendants through settlement discussions. *Jensen* Plaintiffs believe the best way to resolve the fee dispute may be through settlement discussions. As evidenced by a similar motion recently filed by the *Silencer Shop* private plaintiffs, Defendants are amenable to these settlement discussions concerning fees. *See* Pls.' EAJA Mot. at 2 (Oct. 29, 2026), ECF No. 148.

5. In the interests of judicial economy, and to avoid undue burden on the parties and the Court, *Jensen* Plaintiffs request leave of the Court to file a skeletal application for attorneys' fees and costs, a copy of which is attached hereto as **Exhibit A**, which may be altered or supplemented with supporting documentation and argument in the event that the parties are not able to resolve the fee dispute through settlement discussions. *Jensen* Plaintiffs and/or Defendants will notify the Court if they are unable to settle the fees matter.

6. *Jensen* Plaintiffs further request that, after they file their skeletal EAJA motion, the Court stay further briefing in that matter, including *Jensen* Plaintiffs' opportunity to alter or supplement their motion, until 30 days after *Jensen* Plaintiffs or Defendants notify the Court that the parties are unable to resolve a dispute over the award of fees and costs.

7. In the event that the parties reach a settlement agreement, *Jensen* Plaintiffs will withdraw their EAJA motion.

8. The undersigned counsel have discussed this Motion with counsel for Defendants, who confirmed that Defendants consent to (1) *Jensen* Plaintiffs' request to file a skeletal motion for fees and costs pursuant to the EAJA; and (2) *Jensen* Plaintiffs' request to stay briefing on the EAJA motion.

**WHEREFORE**, for the foregoing reasons, *Jensen* Plaintiffs respectfully request that this Court permit them to file the attached skeletal motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act, with leave to supplement the motion should a settlement not be reached on the issue of fees and costs. *Jensen* Plaintiffs further request that the Court stay briefing after *Jensen* Plaintiffs file their EAJA motion, including *Jensen* Plaintiffs' opportunity to alter or supplement the motion, until 30 days after the Court receives notice that the parties are unable to

resolve this matter by agreement. A proposed order granting the instant motion, along with a copy of that EAJA motion, is submitted herewith for the Court's convenience.

Dated: November 2, 2026

Respectfully Submitted,

/s/ David H. Thompson

R. Brent Cooper
Texas Bar No. 04783250
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Telecopy: (214) 712-9540
brent.cooper@cooperscully.com

David H. Thompson*
Peter A. Patterson*
Nicholas A. Varone*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
Tel: (202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
nvarone@cooperkirk.com

*Admitted *pro hac vice*

*Attorneys for* Jensen *Plaintiffs*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, counsel for *Jensen* Plaintiffs and Defendants conferred as to the relief sought in this motion, and Defendants do not oppose that relief.

/s/ David H. Thompson
David H. Thompson
COOPER & KIRK, PLLC

**CERTIFICATE OF SERVICE**

On November 2, 2026, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ David H. Thompson
David H. Thompson
COOPER & KIRK, PLLC