**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**SAN ANGELO DIVISION**

| | | |
|---|---|---|
| SILENCER SHOP FOUNDATION, et al., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | No. 6:25-cv-056-H |
| v. | § | |
| | § | (Consolidated with No. 6:26-cv-227-H) |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS | § | |
| AND EXPLOSIVES, et al., | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

**[Proposed] ORDER**

Before this Court is *Jensen* Plaintiffs' Unopposed Motion to Permit Skeletal Filing of Motion for Attorneys' Fees Pursuant to the Equal Access to Justice Act with Supplement Permitted at Later Date if No Settlement Reached, and to Stay Briefing, filed on November 2, 2026. Having reviewed the Motion, rules, and relevant law, and for good cause shown:

IT IS HEREBY ORDERED that the Motion is **GRANTED**; and

IT IS FURTHER ORDERED that *Jensen* Plaintiffs may filed their skeletal motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act, with leave to supplement the motion should the parties not reach a settlement on the issue of fees and costs; and

IT IS FURTHER ORDERED that briefing on *Jensen* Plaintiffs' Motion, including *Jensen* Plaintiffs' opportunity to alter or supplement, is stayed until 30 days after *Jensen* Plaintiffs' or Defendants' notification to the Court that they are unable to settle the fees matter. In the event the parties reach a settlement agreement for attorneys' fees and costs, *Jensen* Plaintiffs are DIRECTED to withdraw their Motion.

**SO ORDERED** on this ________ day of ___________________, _______.

___________________________________________
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE