UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| SILENCER SHOP FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,<br><br>Defendants. | No. 6:25-CV-056-H |

**ORDER**

Before the Court is the Motion for Leave to File Skeletal EAJA Motion and to Stay Briefing that plaintiffs Silencer Shop Foundation; Gun Owners of America, Inc.; Gun Owners Foundation, Firearms Regulatory Accountability Coalition, Inc.; and Brady Wetz (collectively the *Silencer Shop* private plaintiffs) filed on October 29, 2026. Dkt. No. 148.

These plaintiffs are presently pursuing a settlement concerning attorneys' fees in this case. *Id.* at 2. At the time they filed their Motion, the *Silencer Shop* private plaintiffs' deadline to file an application for attorneys' fees and other expenses was November 2, 2026. *Id.* (citing 28 U.S.C. § 2412(d)(1)(B)). Accordingly, they requested the Court's leave to file a "skeletal application for attorneys' fees and costs," which they explained they would either withdraw or supplement pending the resolution (or lack thereof) of the attorneys' fees issue. *Id.* at 3. They also requested the Court to stay all associated briefings until 30 days after any report that the parties' settlement negotiations had been unsuccessful. *Id.* The defendants were unopposed to both forms of relief. *Id.* On November 2, 2026, the *Silencer Shop* private plaintiffs filed their Motion for Attorneys' Fees. Dkt. No. 149.

Although the Motion for Attorneys' Fees (Dkt. No. 149) has now been filed, the Court grants the *Silencer Shop* private plaintiffs' Motion at Dkt. No. 148 to the extent the relief sought is not now moot. In other words, all further briefing on the *Silencer Shop* private plaintiffs' Motion for Attorneys' Fees is stayed until 30 days after any report that their and the defendants' settlement negotiations have proven unsuccessful.

On November 2, 2026, a second group of plaintiffs sought similar relief. Dkt. No. 150. So, additionally before the Court is the Motion for Leave to file Skeletal EAJA Motion and to Stay Briefing filed by plaintiffs John Jensen, Jeremy Neusch, David Lynn Smith, Hot Shots Custom LLC, Texas State Rifle Association, FPC Action Foundation, and Citizens Committee for The Right to Keep And Bear Arms (collectively the *Jensen* private plaintiffs). *Id.* The *Jensen* private plaintiffs' deadline to file an application for attorneys' fees and other expenses was likewise November 2, 2026, which they acknowledge. *Id.* at 2 (citing U.S.C. § 2412(d)(1)(B)). But these plaintiffs also "intend to engage in settlement discussions with [the] [d]efendants." *Id.* at 1. To that end, the *Jensen* private plaintiffs move both to file a skeletal EAJA motion that can be withdrawn or supplemented later and to stay all briefing associated with that motion until 30 days after any report that their and the defendants' settlement negotiations have proven unsuccessful. *Id.* at 3. The defendants are unopposed to both forms of relief. *Id.* at 2.

Although the *Jensen* private plaintiffs did not file an official motion for attorneys' fees by November 2, the Court finds that in light of the *Jensen* private plaintiffs' and the defendants' agreement, Dkt. No. 150 should be and is granted.

So ordered on November 3, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE